Fill in this information to identify the case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Ashmark Construction, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-2133037** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5640 W. Maple, Suite 300** **West Bloomfield, MI 48322** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Oakland** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2025**
               MM / DD / YYYY

X **/s/ Martin Renel**                                    **Martin Renel**
  _____            _____
  Signature of authorized representative of debtor        Printed name

Title    **Managing Member**
         _____

**18. Signature of attorney**

X **/s/ Kimberly Ross Clayson**                          Date    **June 30, 2025**
  _____                    _____
  Signature of attorney for debtor                              MM / DD / YYYY

**Kimberly Ross Clayson**
_____
Printed name

**Taft Stettinius & Hollister LLP**
_____
Firm name

**27777 Franklin Rd.**
**Suite 2500**
**Southfield, MI 48034**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(248) 351-3000**          Email address    **kclayson@taftlaw.com**

**P69804 MI**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Ashmark Construction, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2025**      *X* **/s/ Martin Renel**
                                        Signature of individual signing on behalf of debtor

                                        **Martin Renel**
                                        Printed name

                                         **Managing Member**
                                         Position or relationship to debtor

Debtor name    **Ashmark Construction, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*...........................................................................................  $ _____**0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*........................................................................................  $ _____**1,367,166.17**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..........................................................................................  $ _____**1,367,166.17**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ _____**4,557.39**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $ _____**0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................  +$ _____**506,330.39**

4.  **Total liabilities** ...............................................................................................................................
    Lines 2 + 3a + 3b

$ _____**510,887.78**

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Huron State Bank** | **Checking** | | $113,552.15 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | $113,552.15 |

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **196,137.21** | - | **0.00** = .... | $196,137.21 |
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | 1,585.00 | - | 0.00 | =.... | $1,585.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $197,722.21 |

---

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Copier Lease: Canon imagePROGRAF TM-305 MFP T36 Copier** | $0.00 | | $1.00 |
| **Laptop Computers** | $0.00 | | $2,000.00 |
| **Copier Lease: Canon imageRUNNER ADVANCE DX C3826i Copier** | $0.00 | | $1.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

| | |
|---|---:|
| Add lines 39 through 42.  Copy the total to line 86. | **$2,002.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2024 Alfa Romeo Stelvio** | **$0.00** | | **$1.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

51. **Total of Part 8.**

| | |
|---|---:|
| Add lines 47 through 50.  Copy the total to line 87. | **$1.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☑ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.    Notes receivable**<br>Description (include name of obligor) | |
| **72.    Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.    Interests in insurance policies or annuities** | |
| **General Liability Policy** | **$1.00** |
| **No Fault Automobile Insurance Policy** | **$1.00** |
| **Directors & Officers Liability Policy** | **$1.00** |

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| **MI Concourse, LLC** | | **$276,056.38** |
|---|---|---|
| Nature of claim | **Fraudulent representations damages** | |
| Amount requested | **$276,056.38** | |

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.    Trusts, equitable or future interests in property**

**77.    Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **Construction work in progress** | **$777,829.43** |
|---|---|

**78.    Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| **$1,053,888.81** |
|---|

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $113,552.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $197,722.21 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,002.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,053,888.81 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,367,166.17 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,367,166.17 |

Debtor name    **Ashmark Construction, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **GM Finanancial**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**2019 Chevrolet Colorado** | **$4,557.39** | **$15,179.00** |
| **Attn: Bankruptcy**<br>**801 Cherry Street, Ste.3500**<br>**Fort Worth, TX 76102**<br>Creditor's mailing address | | | |
| | **Describe the lien**<br>**Vehicle lease** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$4,557.39**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Debtor name     **Ashmark Construction, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an
     amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | $283,593.93 |
| | **M1 Concourse, LLC**<br>**45399 Woodward Ave**<br>**Pontiac, MI 48341** | |

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | $222,736.46 |
|---|---|---|
| | **Richard A. Pennington**<br>**31207 Foxboro Way**<br>**Beverly Hills, MI 48025-3605** | |

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

### Part 3:     List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **JA Martone, JA Christiansen, AB Slacon**<br>**Dickenson Wright PLLC**<br>**2600 W. Big Beaver Rd. Suite 300**<br>**Troy, MI 48084** | Line **3.1**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Matthew C. Herstein**<br>**Deneweth, Vittiglio & Sassack, PC**<br>**1175 W. Long Lake Road, Suite 202**<br>**Troy, MI 48098** | Line **3.2**<br><br>☐ Not listed. Explain _____ | _ |

Debtor    **Ashmark Construction, LLC**          Case number (*if known*) _____
_____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 506,330.39 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 506,330.39 |

Debtor name  **Ashmark Construction, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Subcontractor**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Able Plumbing & Contracting, Inc.**<br>**24410 John R. Rd**<br>**Hazel Park, MI 48030-1114** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Subcontractor**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Allegion Access Technologies, LLC**<br>**47930 West Road**<br>**Wixom, MI 48393** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Vehicle Lease for 2024 Alfa Romeo Stelvio; Account Number: 228347782465**<br>State the term remaining **24 payments of $639.89 remaining**<br><br>List the contract number of any government contract | **Ally**<br>**Attn: Bankruptcy department**<br>**500 Woodward Ave**<br>**Detroit, MI 48226** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Subcontractor**<br><br>State the term remaining<br><br>List the contract number of any government contract | **BJ's Heating & Cooling**<br>**3481 E M-36**<br>**Pinckney, MI 48169** |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**Brendel's**
**4941 White Lake Rd**
**Clarkston, MI 48346**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest      **Customer**

       State the term remaining

       List the contract number of any government contract

**Brighton Mall Associates**
**5640 W. Maple Road, Ste 101**
**West Bloomfield, MI 48322**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest      **Subcontractor**

       State the term remaining

       List the contract number of any government contract

**CEI Michigan LLC**
**P.O. Box 310 Hamburg**
**Hamburg, MI 48139**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest      **Subcontractor**

       State the term remaining

       List the contract number of any government contract

**Coponen Construction**
**3956 Loch Dr.**
**Highland, MI 48357**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest      **Customer**

       State the term remaining

       List the contract number of any government contract

**Corner Management, Inc.**
**8902 N Meridian St, Ste 205**
**Indianapolis, IN 46260**

---



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor** |
| State the term remaining | |
| List the contract number of any government contract | **D'Angelo's Painting, Inc.**<br>**32224 W. 8 Mile Road**<br>**Farmington, MI 48336** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Office lease for 5640 W. Maple Road, Suite 101, West Bloomfield, MI 48322** |
| State the term remaining | **July 1, 2025 through February 28, 2029** |
| List the contract number of any government contract | **Dale Investment Company Inc.**<br>**5640 W. Maple Road, Suite 101**<br>**West Bloomfield, MI 48322-3716** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor** |
| State the term remaining | |
| List the contract number of any government contract | **Daniel's Glass**<br>**21250 W. Seven Mile Road**<br>**Detroit, MI 48210** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor** |
| State the term remaining | |
| List the contract number of any government contract | **Daniels Glass**<br>**21250 W. Seven Mile Road**<br>**Detroit, MI 48210** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor** |
| State the term remaining | |
| List the contract number of any government contract | **Detroit Spectrum Painters, Inc.**<br>**27560 College Park**<br>**Warren, MI 48088** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Subcontractor**

State the term remaining

List the contract number of any government contract

**Energy Electric**
**5229 Woodview Dr.**
**Bloomfield Hills, MI 48302**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Subcontractor**

State the term remaining

List the contract number of any government contract

**Energy Electric Services, LLC**
**5229 Woodview Dr.**
**Bloomfield Hills, MI 48302**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Subcontractor**

State the term remaining

List the contract number of any government contract

**GFL**
**26999 Central Park Blvd STE 200**
**Southfield, MI 48076**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Vehicle lease**

State the term remaining

List the contract number of any government contract

**GM Financial**
**Attn: Bankruptcy**
**801 Cherry Street, Ste. 3500**
**Fort Worth, TX 76102**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Subcontractor**

State the term remaining

List the contract number of any government contract

**Goyette Mechanical**
**3842 Gorey Ave.**
**PO Box 33**
**Flint, MI 48501**

---

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest     **Subcontractor**

State the term remaining

List the contract number of any government contract
         **Gregg's Caulking**
**19500 Hilton Dr. Southfield**
**Southfield, MI 48075**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest     **Customer**

State the term remaining

List the contract number of any government contract
         **Healthcare Property Managers of America**
**550 Heritage Drive, Suite 200**
**Jupiter, FL 33458**

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest     **Subcontractor**

State the term remaining

List the contract number of any government contract
         **Independence Commercial Construction Inc**
**2635 Dixie Highway Waterford**
**Waterford, MI 48328**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest     **Subcontractor**

State the term remaining

List the contract number of any government contract
         **James Ross Construction**
**4100 Fenton Road**
**Hartland, MI 48353**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest     **Subcontractor**

State the term remaining

List the contract number of any government contract
         **Lee Industrial Contracting**
**631 Cesar E. Chavez Ave.**
**Pontiac, MI 48342**

---



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor | |
| | State the term remaining | | **Max Demolition**<br>**47102 Exeter Ct.**<br>**Shelby Township, MI 48315-4809** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor | |
| | State the term remaining | | **MCS Millwork & Cabinetry Services**<br>**37100 Enterprise Dr.**<br>**Westland, MI 48186** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor | |
| | State the term remaining | | **Metro Alarm**<br>**46777 W Seven Mile Rd**<br>**Northville, MI 48167** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor | |
| | State the term remaining | | **MI Commerical Doors**<br>**215 Saginaw St.**<br>**Holly, MI 48442** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor | |
| | State the term remaining | | **Michael Goldenberg Painting**<br>**25522 Parkwood**<br>**Huntington Woods, MI 48070** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontractor**<br><br><br>**Rayhaven Group, Inc**<br>**35901 Schoolcraft Road**<br>**Livonia, MI 48150** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontractor**<br><br><br>**SCI Floor Covering, Inc.**<br>**30610 Ecorse Rd. Romulus**<br>**Romulus, MI 48174** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontractor**<br><br><br>**Stanley Access**<br>**47930 West Rd**<br>**Wixom, MI 48393** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Customer**<br><br><br>**SW Group**<br>**9 East 40th St, FL Mezz**<br>**New York, NY 10016** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontractor**<br><br><br>**SW Group**<br>**9 East 40th Street**<br>**New York, NY 10016** |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.35.** State what the contract or lease is for and the nature of the debtor's interest — **Subcontractor**

State the term remaining

List the contract number of any government contract

**TCH**
**94-174 Leokane St**
**Waipahu, HI 96797-2211**

---

**2.36.** State what the contract or lease is for and the nature of the debtor's interest — **Subcontractor**

State the term remaining

List the contract number of any government contract

**Testing Engineers & Consultants**
**1343 Rochester Rd**
**Troy, MI 48083**

---

**2.37.** State what the contract or lease is for and the nature of the debtor's interest — **Employee Leasing and Benefits Agreement**

State the term remaining

List the contract number of any government contract

**The Intelligent Companies Inc.**
**31235 Harper Ave**
**Saint Clair Shores, MI 48082**

---

**2.38.** State what the contract or lease is for and the nature of the debtor's interest — **Subcontractor**

State the term remaining

List the contract number of any government contract

**TLA Interiors**
**1815 Bellaire Ave., Ste A**
**Royal Oak, MI 48067**

---

**2.39.** State what the contract or lease is for and the nature of the debtor's interest — **Subcontractor**

State the term remaining

List the contract number of any government contract

**Total Labor, LLC**
**19909 Woodworth**
**Redford, MI 48240**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor** |
| State the term remaining | |
| List the contract number of any government contract | **Trinity Roofing, LLC**<br>**9103 Pierson Road**<br>**Fowlerville, MI 48336-9774** |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor** |
| State the term remaining | |
| List the contract number of any government contract | **Vanguard Fire & Security Systems, Inc.**<br>**2101 Martindale Ave.**<br>**Wyoming, MI 49509** |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor** |
| State the term remaining | |
| List the contract number of any government contract | **Visionary Construction**<br>**51194 Romeo Plank**<br>**Macomb, MI 48042** |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor** |
| State the term remaining | |
| List the contract number of any government contract | **Visionary EWA**<br>**P.O. Box 60338**<br>**Ewa Beach, HI 96706** |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest | **Customer** |
| State the term remaining | |
| List the contract number of any government contract | **Welltower OM Group LLC**<br>**Dentist 102-C Suite Door In Building C**<br>**4972 Clark Road**<br>**Ypsilanti, MI 48197-0862** |

**Fill in this information to identify the case:**

Debtor name   **Ashmark Construction, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                *Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | _____ | Street<br><br>City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street<br><br>City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street<br><br>City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street<br><br>City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor name **Ashmark Construction, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$878,742.98** |
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$367,046.00** |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$-197,245.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attached Schedule of Payments** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Ashley Israel** | **1/09/2024** | **$25,000.00** | **Member Distribution** |
| 4.2.   **Martin Renel** | **1/09/2024** | **$50,000.00** | **Member Distribution** |
| 4.3.   **Marc Weinbaum** | **1/09/2024** | **$25,000.00** | **Member Distribution** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Pennington v. Ashmark Construction, LLC et al 2023-198433-cz** | **Breach of contract** | **Oakland County Circuit Court 1200 N Telegraph Rd Ste 404 Pontiac, MI 48341** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **M1 Concourse, LLC v. Ashmark Construction, LLC** | **Breach of contract** | **American Arbitration Association** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Taft Stettinius & Hollister LLP**<br>**27777 Franklin Rd. Suite 2500**<br>**Southfield, MI 48034** | | **6/27/2025 ($15,000 retainer and $1,738 chapter 11 petition filing fee)** | **$16,738.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **John Gallo**<br>**UHY Advisors, Inc.**<br>**27725 Stansbury Blvd. Suite 210**<br>**Farmington Hills, MI 48334-3807** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marc S. Weinbaum Revocable Living | Trust Agreement | Class A | 33.34% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ashley J. Israel Revocable Living | Trust Agreement | Class A | 33.33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Martin Renel | | Class A | 28.33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Martin Renel | | Class B | 5% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:    Signature and Declaration**

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2025**

**/s/ Martin Renel**                                                        **Martin Renel**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Ashmark Construction, LLC**

Debtor(s)

Case No.

Chapter  **11**

## STATEMENT OF ATTORNEY FOR DEBTOR(S)
## PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [ ]   **FLAT FEE**

   A.   For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

   B.   Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . _____

   C.   The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

   [ **X** ]   **RETAINER**

   A.   Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15,000.00**

   B.   The undersigned shall bill against the retainer at an hourly rate of $ __**0.00**__ .  [Or attach firm hourly rate schedule.]  Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ __**1,738.00**__ of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:  [Cross out any that do not apply.]

   A.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   B.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   C.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   D.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

   E.   Reaffirmations;

   F.   Redemptions;

   G.   Other:
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6. The source of payments to the undersigned was from:

   A.   __**XX**__   Debtor(s)' earnings, wages, compensation for services performed

   B.   _____   Other (describe, including the identity of payor)  _____

7.      The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:    **June 30, 2025**                                  **/s/ Kimberly Ross Clayson**

                                                        Attorney for the Debtor(s)

                                                        **Kimberly Ross Clayson**

                                                        **Taft Stettinius & Hollister LLP**

                                                        **27777 Franklin Rd.**

                                                        **Suite 2500**

                                                        **Southfield, MI 48034**

                                                        **(248) 351-3000**

                                                        **kclayson@taftlaw.com**

                                                        **P69804 MI**

Agreed:    **/s/ Martin Renel**

              **Martin Renel**

              Debtor                                                         Debtor

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Ashmark Construction, LLC**      Case No.
<br>Debtor(s)     Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ashley J. Israel Revocable Living Trust** | **Class A** | | **33.33%** |
| **Marc S. Weinbaum Revocable Living Trust** | **Class A** | | **33.34%** |
| **Martin Renel** | **Class A** | | **28.33%** |
| **Martin Renel** | **Class B** | | **5%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 30, 2025**        Signature   **/s/ Martin Renel**
<br>**Martin Renel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
<br>18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Michigan**

In re  **Ashmark Construction, LLC**
Debtor(s)

Case No.
Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 30, 2025**

**/s/ Martin Renel**
**Martin Renel**/**Managing Member**
Signer/Title

Able Plumbing & Contracting, Inc.
24410 John R. Rd
Hazel Park, MI 48030-1114

Allegion Access Technologies, LLC
47930 West Road
Wixom, MI 48393

Ally
Attn: Bankruptcy department
500 Woodward Ave
Detroit, MI 48226

BJ's Heating & Cooling
3481 E M-36
Pinckney, MI 48169

Brendel's
4941 White Lake Rd
Clarkston, MI 48346

Brighton Mall Associates
5640 W. Maple Road, Ste 101
West Bloomfield, MI 48322

CEI Michigan LLC
P.O. Box 310 Hamburg
Hamburg, MI 48139

Coponen Construction
3956 Loch Dr.
Highland, MI 48357

Corner Management, Inc.
8902 N Meridian St, Ste 205
Indianapolis, IN 46260

D'Angelo's Painting, Inc.
32224 W. 8 Mile Road
Farmington, MI 48336

Dale Investment Company Inc.
5640 W. Maple Road, Suite 101
West Bloomfield, MI 48322-3736

Dan Cel's Glass
21250 W. Seven Mile Road
Detroit, MI 48210

Daniels Glass
21250 W. Seven Mile Road
Detroit, MI 48210

Detroit Spectrum Painters, Inc.
27560 College Park
Warren, MI 48088

Energy Electric
5229 Woodview Dr.
Bloomfield Hills, MI 48302

Energy Electric Services, LLC
5229 Woodview Dr.
Bloomfield Hills, MI 48302

GFL
26999 Central Park Blvd STE 200
Southfield, MI 48076

GM Finanancial
Attn: Bankruptcy
801 Cherry Street, Ste.3500
Fort Worth, TX 76102

GM Financial
Attn: Bankruptcy
801 Cherry Street, Ste. 3500
Fort Worth, TX 76102

Goyette Mechanical
3842 Gorey Ave.
PO Box 33
Flint, MI 48501

Gregg's Caulking
19500 Hilton Dr. Southfie
Southfield, MI 48075

Healthcare Property Mana
550 Heritage Drive, Suite
Jupiter, FL 33458

Independence Commercial C
2635 Dixie Highway Waterf
Waterford, MI 48328

JA Martone, JA Christian
Dickenson Wright PLLC
2600 W. Big Beaver Rd. Su
Troy, MI 48084

James Ross Construction
4100 Fenton Road
Hartland, MI 48353

Lee Industrial Contracti
631 Cesar E. Chavez Ave.
Pontiac, MI 48342

M1 Concourse, LLC
5399 Woodward Ave
Pontiac, MI 48341

Matthew C. Herstein
Deneweth, Vittiglio & Sa
1175 W. Long Lake Road, S
Troy, MI 48098

Max Demolition
47102 Exeter Ct.
Shelby Township, MI 4831

MCS Millwork & Cabinetry
37100 Enterprise Dr.
Westland, MI 48186

```
Metro Alarm                    The Intelligent Companies Inc.
46777 W Seven Mile Rd          31235 Harper Ave
Northville, MI 48167           Saint Clair Shores, MI 48082


MI Commerical Doors            TLA Interiors
215 Saginaw St.                1815 Bellaire Ave., Ste A
Holly, MI 48442                Royal Oak, MI 48067


Michael Goldenberg Painting    Total Labor, LLC
25522 Parkwood                 19909 Woodworth
Huntington Woods, MI 48070     Redford, MI 48240


Rayhaven Group, Inc            Trinity Roofing, LLC
35901 Schoolcraft Road         9103 Pierson Road
Livonia, MI 48150              Fowlerville, MI 48336-9774


Richard A. Pennington          Vanguard Fire & Security Systems, Inc.
31207 Foxboro Way              2101 Martindale Ave.
Beverly Hills, MI 48025-3605   Wyoming, MI 49509


SCI Floor Covering, Inc.       Visionary Construction
30610 Ecorse Rd. Romulus       51194 Romeo Plank
Romulus, MI 48174              Macomb, MI 48042


Stanley Access                 Visionary EWA
47930 West Rd                  P.O. Box 60338
Wixom, MI 48393                Ewa Beach, HI 96706


SW Group                       Welltower OM Group LLC
9 East 40th St, FL Mezz        Dentist 102-C Suite Door In Building C
New York, NY 10016             4972 Clark Road
                               Ypsilanti, MI 48197-0862


TCH
94-174 Leokane St
Waipahu, HI 96797-2211


Testing Engineers & Consultants
1343 Rochester Rd
Troy, MI 48083
```