# United States Bankruptcy Court
## Eastern District of Michigan

In re **Ashmark Construction, LLC**
Debtor(s)

Case No.
Chapter **11**

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

■ **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name: **Ashley J. Israel Revocable Living Trust**
Address:
Name: **Marc S. Weinbaum Revocable Living Trust**
Address:
Name: **Martin Renel**
Address:
Name: **Martin Renel**
Address:

**(For additional names, attach an addendum to this form)**

☐ **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **June 30, 2025**

**/s/ Martin Renel**
Signature of Authorized Individual
For Corporation Debtor

**Martin Renel**
Print Name

**Managing Member**
Title