# United States Bankruptcy Court
## Eastern District of Michigan

In re **Ashmark Construction, LLC**  
Debtor(s)

Case No. **25-46693**  
Chapter **11**

## BANKRUPTCY PETITION COVER SHEET

(The debtor must complete and file this form with the petition in every bankruptcy case. Instead of filling in the boxes on the petition requiring information on prior and pending cases, the debtor may refer to this form.)

**Part 1**

"Companion cases," as defined in L.B.R. 1073-1(b), are cases involving any of the following: (1) The same debtor; (2) A corporation and any majority shareholder thereof; (3) Affiliated corporations; (4) A partnership and any of its general partners; (5) An individual and his or her general partner; (6) An individual and his or her spouse; or (7) Individuals or entities with any substantial identity of financial interest or assets.

Has a "companion case" to this case ever been filed at any time in this district or any other district? Yes ___ No **X**
**(If yes, complete Part 2.)**

**Part 2**

**For each companion case, state in chronological order of cases: (Attach supplemental sheets if necessary.)**

|  | First Case | Second Case | Third Case |
|---|---|---|---|
| Name on petition | | | |
| Relationship to this case | | | |
| Case Number | | | |
| Chapter | | | |
| Date filed | | | |
| District | | | |
| Division | | | |
| Judge | | | |
| Status/Disposition | | | |

(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)

**If the present case is a Chapter 13 case, state for each companion case:**

|  | | | |
|---|---|---|---|
| Attorney | | | |
| Legal fee | $ | $ | $ |
| Proposed legal fee in this case | $ | | |

Changes in circumstances which lead the debtor to reasonably believe that the current plan will be successful.

_____

_____

**Part 3 - In a Chapter 13 Case Only**

The Debtor(s) certify, re: 11 U.S.C. § 1328(f):
**[indicate which]**
☐ Debtor(s) received a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
☐ Debtor(s) did **not** receive a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
☐ Debtor(s) received a discharge in a Chapter 13 case filed during the 2-years before filing this case.
☐ Debtor(s) did **not** receive a discharge in a Chapter 13 case filed during the 2-years before filing this case.

I declare under penalty of perjury that I have read this form and that it is true and correct to the best of my information and belief.

**/s/ Martin Renel**  
**Martin Renel**  
Debtor

Debtor

**/s/ Kimberly Ross Clayson**  
**Kimberly Ross Clayson**  
Debtor's Attorney

Date: **June 30, 2025**

**Taft Stettinius & Hollister LLP**  
**27777 Franklin Rd.**  
**Suite 2500**  
**Southfield, MI 48034**  
**(248) 351-3000**  
**kclayson@taftlaw.com**

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Ashmark Construction, LLC**  Case No. **25-46693**
Debtor(s)  Chapter **11**

## AMENDED
## STATEMENT OF ATTORNEY FOR DEBTOR(S)
## PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

    [ ] **FLAT FEE**
    A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
    B. Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
    C. The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

    [ **X** ] **RETAINER**
    A. Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15,000.00**

    B. The undersigned shall bill against the retainer at an hourly rate of $ **0.00**. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ **1,738.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

    A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    E. Reaffirmations;
    F. Redemptions;
    G. Other:

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

6. The source of payments to the undersigned was from:
    A. **XX** Debtor(s)' earnings, wages, compensation for services performed
    B. _____ Other (describe, including the identity of payor)

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

| | | |
|---|---|---|
| Dated: | **June 30, 2025** | **/s/ Kimberly Ross Clayson** |
| | | Attorney for the Debtor(s) |
| | | **Kimberly Ross Clayson** |
| | | **Taft Stettinius & Hollister LLP** |
| | | **27777 Franklin Rd.** |
| | | **Suite 2500** |
| | | **Southfield, MI 48034** |
| | | **(248) 351-3000** |
| | | **kclayson@taftlaw.com** |
| | | **P69804 MI** |
| | | |
| Agreed: | **/s/ Martin Renel** | |
| | **Martin Renel** | |
| | Debtor | Debtor |