# UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Michigan

SOUTHERN DIVISION

In Re. Ashmark Construction, LLC    §    Case No. 25-46693
§
§
_____    §
Debtor(s)    §

☐ Jointly Administered

# Monthly Operating Report    Chapter 11

Reporting Period Ended: 07/31/2025    Petition Date: 06/30/2025

Months Pending: 1    Industry Classification: 2 3 6 2

Reporting Method:    Accrual Basis ◉    Cash Basis ○

Debtor's Full-Time Employees (current):    3

Debtor's Full-Time Employees (as of date of order for relief):    3

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Martin Renel    Martin Renel
Signature of Responsible Party    Printed Name of Responsible Party

08/20/2025    5640 W. Maple, Suite 300
Date    Suite 3500
West Bloomfield, MI 48322
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/23/2022)    1

Debtor's Name Ashmark Construction, LLC          Case No. 25-46693

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $105,022 | |
| b. Total receipts (net of transfers between accounts) | $362,133 | $0 |
| c. Total disbursements (net of transfers between accounts) | $288,420 | $0 |
| d. Cash balance end of month (a+b-c) | $178,736 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $288,420 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $361,809 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $1,585 |
| c. Inventory     (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $363,394 |
| e. Total assets | $622,070 |
| f. Postpetition payables (excluding taxes) | $73,862 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $73,862 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $667,962 |
| n. Total liabilities (debt) (j+k+l+m) | $741,824 |
| o. Ending equity/net worth (e-n) | $-119,754 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $645,238 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $398,028 | |
| c. Gross profit (a-b) | $247,210 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $51,637 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $1,574 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $193,999 | $0 |

UST Form 11-MOR (12/23/2022)          2

Debtor's Name Ashmark Construction, LLC                    Case No. 25-46693

## Part 5: Professional Fees and Expenses

|  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | $0 | $0 | $0 | $0 |
|  | *Itemized Breakdown by Firm* |  |  |  |  |
|  | Firm Name | Role |  |  |  |
| i | Taft Stettinius & Hollister, LLP | Lead Counsel | $0 | $0 | $0 | $0 |
| ii |  |  |  |  |  |
| iii |  |  |  |  |  |
| iv |  |  |  |  |  |
| v |  |  |  |  |  |
| vi |  |  |  |  |  |
| vii |  |  |  |  |  |
| viii |  |  |  |  |  |
| ix |  |  |  |  |  |
| x |  |  |  |  |  |
| xi |  |  |  |  |  |
| xii |  |  |  |  |  |
| xiii |  |  |  |  |  |
| xiv |  |  |  |  |  |
| xv |  |  |  |  |  |
| xvi |  |  |  |  |  |
| xvii |  |  |  |  |  |
| xviii |  |  |  |  |  |
| xix |  |  |  |  |  |
| xx |  |  |  |  |  |
| xxi |  |  |  |  |  |
| xxii |  |  |  |  |  |
| xxiii |  |  |  |  |  |
| xxiv |  |  |  |  |  |
| xxv |  |  |  |  |  |
| xxvi |  |  |  |  |  |
| xxvii |  |  |  |  |  |
| xxviii |  |  |  |  |  |
| xxix |  |  |  |  |  |
| xxx |  |  |  |  |  |
| xxxi |  |  |  |  |  |
| xxxii |  |  |  |  |  |
| xxxiii |  |  |  |  |  |
| xxxiv |  |  |  |  |  |
| xxxv |  |  |  |  |  |
| xxxvi |  |  |  |  |  |

UST Form 11-MOR (12/23/2022)
3

Debtor's Name Ashmark Construction, LLC          Case No. 25-46693

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/23/2022)
4

Debtor's Name Ashmark Construction, LLC          Case No. 25-46693

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | UHY Advisors | Financial Professional | $0 | $0 | $0 | $0 |
| ii | Mark D. Evans | Special Counsel | $0 | $0 | $0 | $0 |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/23/2022)                5

Debtor's Name Ashmark Construction, LLC　　　　　　　Case No. 25-46693

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/23/2022)

6

Debtor's Name Ashmark Construction, LLC                    Case No.  25-46693

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name Ashmark Construction, LLC     Case No. 25-46693

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions)  Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)  Yes ○  No ●

c. Were any payments made to or on behalf of insiders?  Yes ○  No ●

d. Are you current on postpetition tax return filings?  Yes ●  No ○

e. Are you current on postpetition estimated tax payments?  Yes ●  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ●

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ●

i. Do you have:  Worker's compensation insurance?  Yes ○  No ●

    If yes, are your premiums current?  Yes ○  No ○  N/A ●  (if no, see Instructions)

    Casualty/property insurance?  Yes ●  No ○

    If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

    General liability insurance?  Yes ●  No ○

    If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ●  No ○

k. Has a disclosure statement been filed with the court?  Yes ●  No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ●  No ○

Debtor's Name  Ashmark Construction, LLC                    Case No.  25-46693

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>

Signed by:

/s/Martin Renel                                             Martin Renel
_____                    _____
Signature of Responsible Party                    Printed Name of Responsible Party

Manager                                                        08/20/2025
_____                    _____
Title                                                               Date

Docusign Envelope ID: C8A9E80D-AF35-402D-BE3D-B6B178B9EF70

Debtor's Name Ashmark Construction, LLC

Case No. 25-46693



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

UST Form 11-MOR (12/23/2022)

Debtor's Name  Ashmark Construction, LLC

Case No.  25-46693



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Docusign Envelope ID: C8A9E80D-AF35-402D-BE3D-B6B178B9EF70

Debtor's Name Ashmark Construction, LLC          Case No. 25-46693



PageThree



PageFour

UST Form 11-MOR (12/23/2022)

Docusign Envelope ID: C8A9E80D-AF35-402D-BE3D-B6B178B9EF70

# ASHMARK Construction, LLC
# Profit & Loss
## July 2025

|  | Jul 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 42600 · Construction Income | 645,238.77 |
| **Total Income** | 645,238.77 |
| **Cost of Goods Sold** | |
| 51900 · Other Construction Costs | 950.00 |
| 53600 · Subcontractors Expense | 397,078.87 |
| **Total COGS** | 398,028.87 |
| **Gross Profit** | 247,209.90 |
| **Expense** | |
| 60100 · Auto and Truck Expenses | 6,714.11 |
| 60400 · Bank Service Charges | 12.00 |
| 63300 · Insurance Expense | 7,966.00 |
| 64300 · Meals and Entertainment | 1,000.00 |
| 64900 · Office Supplies | |
| 64901 · Postage-Shipping | 252.30 |
| 64903 · Office Equipment Lease | 462.48 |
| 64900 · Office Supplies - Other | 411.77 |
| **Total 64900 · Office Supplies** | 1,126.55 |
| 66700 · Professional Fees | 6,100.00 |
| 66800 · Lease Employee | 27,681.01 |
| 68100 · Telephone Expense | 1,041.90 |
| 76200 · Taxes-MFTE | 1,574.23 |
| **Total Expense** | 53,215.80 |
| **Net Ordinary Income** | 193,994.10 |
| **Other Income/Expense** | |
| **Other Income** | |
| 45200 · Interest Income | 4.57 |
| **Total Other Income** | 4.57 |
| **Net Other Income** | 4.57 |
| **Net Income** | 193,998.67 |

**Construction, LLC**
# Balance Sheet
### As of July 31, 2025

|  | Jul 31, 25 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 11470 Huntington Bank Op  DIP | 178,735.91 |
| **Total Checking/Savings** | 178,735.91 |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 363,394.21 |
| **Total Accounts Receivable** | 363,394.21 |
| **Other Current Assets** | |
| 14100 · N/R- Martin Renel | 79,940.00 |
| **Total Other Current Assets** | 79,940.00 |
| **Total Current Assets** | 622,070.12 |
| **TOTAL ASSETS** | **622,070.12** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 165,365.44 |
| **Total Accounts Payable** | 165,365.44 |
| **Credit Cards** | |
| 21400 · Visa Account | 363.00 |
| **Total Credit Cards** | 363.00 |
| **Other Current Liabilities** | |
| 21200 · Billing in Excess | 329,838.00 |
| 23000 · N/P - Judgement | 246,258.06 |
| **Total Other Current Liabilities** | 576,096.06 |
| **Total Current Liabilities** | 741,824.50 |
| **Total Liabilities** | 741,824.50 |
| **Equity** | |
| 31500 · Capital-M. Weinbaum | 353,543.14 |
| 31600 · Capital- M. Renel | (248,317.61) |
| 31700 · Capital- A. Israel | 311,959.19 |
| Net Income | (536,939.10) |
| **Total Equity** | (119,754.38) |
| **TOTAL LIABILITIES & EQUITY** | **622,070.12** |

Accrual Basis

**...RK Construction, LLC**
**Balance Sheet**
As of July 31, 2025

| | Jul 31, 25 | Jun 30, 25 | |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| 11470 Huntington Bank Op  DIP | 178,735.91 | 105,022.49 | 73,713.42 |
| **Total Checking/Savings** | 178,735.91 | 105,022.49 | |
| **Accounts Receivable** | | | |
| 11000 · Accounts Receivable | 363,394.21 | 80,288.67 | (283,105.54) |
| **Total Accounts Receivable** | 363,394.21 | 80,288.67 | |
| **Other Current Assets** | | | |
| 14100 · N/R- Martin Renel | 79,940.00 | 79,940.00 | 0.00 |
| **Total Other Current Assets** | 79,940.00 | 79,940.00 | |
| **Total Current Assets** | 622,070.12 | 265,251.16 | |
| **TOTAL ASSETS** | 622,070.12 | 265,251.16 | |
| **LIABILITIES & EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | | |
| 20000 · Accounts Payable | 165,365.44 | 116,378.15 | 48,987.29 |
| **Total Accounts Payable** | 165,365.44 | 116,378.15 | |
| **Credit Cards** | | | |
| 21400 · Visa Account | 363.00 | 0.00 | 363.00 |
| **Total Credit Cards** | 363.00 | 0.00 | |
| **Other Current Liabilities** | | | |
| 21200 · Billing in Excess | 329,838.00 | 216,368.00 | 113,470.00 |
| 23000 · N/P - Judgement | 246,258.06 | 246,258.06 | 0.00 |
| **Total Other Current Liabilities** | 576,096.06 | 462,626.06 | |
| **Total Current Liabilities** | 741,824.50 | 579,004.21 | |
| **Total Liabilities** | 741,824.50 | 579,004.21 | |
| **Equity** | | | |
| 31500 · Capital-M. Weinbaum | 353,543.14 | 353,543.14 | 0.00 |
| 31600 · Capital- M. Renel | (248,317.61) | (248,317.61) | 0.00 |
| 31700 · Capital- A. Israel | 311,959.19 | 311,959.19 | 0.00 |
| Net Income | (536,939.10) | (730,937.77) | 193,998.67 |
| **Total Equity** | (119,754.38) | (313,753.05) | |
| **TOTAL LIABILITIES & EQUITY** | 622,070.12 | 265,251.16 | |

| | | | July 2025 | | |
|---|---|---|---|---|---|
| | | | | Change Rec / Pay | |
| Beg Cash | 105,022.49 | | | | |
| Increases | 362,133.23 | Revenue | 645,238.77 | (283,105.54) | 362,133.23 |
| Decreases | (288,419.81) | Expense | (451,240.10) | 162,820.29 | (288,419.81) |
| Ending | 178,735.91 | | | | |
| | | | 193,998.67 | (120,285.25) | 73,713.42 |
| Difference | 0.00 | | | | |

Docusign Envelope ID: C8A9E80D-AF35-402D-BE3D-B6B178B9EF70

# ASHMARK Construction, LLC
## Reconciliation Summary
### 11470 Huntington Bank Op  DIP, Period Ending 07/31/2025

|  | Jul 31, 25 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| Checks and Payments - 34 ite... | -184,756.89 |
| Deposits and Credits - 12 items | 485,144.79 |
| **Total Cleared Transactions** | 300,387.90 |
| **Cleared Balance** | **300,387.90** |
| **Uncleared Transactions** | |
| Checks and Payments - 14 ite... | -121,651.99 |
| **Total Uncleared Transactions** | -121,651.99 |
| **Register Balance as of 07/31/2025** | **178,735.91** |
| **New Transactions** | |
| Checks and Payments - 1 item | -381.72 |
| **Total New Transactions** | -381.72 |
| **Ending Balance** | **178,354.19** |

Docusign Envelope ID: C8A9E80D-AF35-402D-BE3D-B6B178B9EF70

# ASHMARK Construction, LLC
## Reconciliation Detail
### 11470 Huntington Bank Op  DIP, Period Ending 07/31/2025

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 34 items** | | | | | | |
| Check | 07/05/2025 | ACH | State of Michigan-M... | X | -1,574.23 | -1,574.23 |
| Bill Pmt -Check | 07/14/2025 | 8011 | Energy Electric Serv... | X | -8,500.00 | -10,074.23 |
| Bill Pmt -Check | 07/14/2025 | 8013 | Total Labor | X | -7,287.00 | -17,361.23 |
| Bill Pmt -Check | 07/14/2025 | 8012 | Rayhaven Group, Inc. | X | -1,810.00 | -19,171.23 |
| Bill Pmt -Check | 07/14/2025 | 8010 | International Mecha... | X | -1,531.00 | -20,702.23 |
| Bill Pmt -Check | 07/14/2025 | 8008 | Repubic Services | X | -1,423.10 | -22,125.33 |
| Bill Pmt -Check | 07/14/2025 | 8007 | Martin Renel | X | -1,359.21 | -23,484.54 |
| Bill Pmt -Check | 07/14/2025 | 8009 | Verizon Wireless | X | -599.06 | -24,083.60 |
| Bill Pmt -Check | 07/14/2025 | 8005 | GM Financial | X | -467.96 | -24,551.56 |
| Bill Pmt -Check | 07/14/2025 | 8006 | GreatAmerica Finan... | X | -412.93 | -24,964.49 |
| Bill Pmt -Check | 07/14/2025 | 8002 | ARC Document Sol... | X | -401.21 | -25,365.70 |
| Bill Pmt -Check | 07/14/2025 | 8004 | GFL | X | -355.75 | -25,721.45 |
| Bill Pmt -Check | 07/14/2025 | 8003 | Brendel Septic Tank... | X | -120.00 | -25,841.45 |
| Bill Pmt -Check | 07/14/2025 | 8001 | Applied Innovation | X | -22.26 | -25,863.71 |
| Bill Pmt -Check | 07/15/2025 | 8019 | Energy Electric Serv... | X | -23,500.00 | -49,363.71 |
| Bill Pmt -Check | 07/15/2025 | 8023 | Able Plumbing & Co... | X | -13,000.00 | -62,363.71 |
| Bill Pmt -Check | 07/15/2025 | 8021 | MCS Millwork & Ca... | X | -11,755.26 | -74,118.97 |
| Bill Pmt -Check | 07/15/2025 | 8018 | Rayhaven Group, Inc. | X | -11,485.00 | -85,603.97 |
| Bill Pmt -Check | 07/15/2025 | 8025 | Able Plumbing & Co... | X | -9,621.00 | -95,224.97 |
| Bill Pmt -Check | 07/15/2025 | 8017 | Independence Com... | X | -6,834.60 | -102,059.57 |
| Bill Pmt -Check | 07/15/2025 | 8016 | BJ's Heating & Cooli... | X | -5,567.40 | -107,626.97 |
| Bill Pmt -Check | 07/15/2025 | 8015 | Max Demolition | X | -3,200.00 | -110,826.97 |
| Bill Pmt -Check | 07/15/2025 | 8014 | Dale Investment Co. | X | -2,123.02 | -112,949.99 |
| Bill Pmt -Check | 07/15/2025 | 8020 | Max Demolition | X | -900.00 | -113,849.99 |
| Bill Pmt -Check | 07/15/2025 | 8022 | The Locating Comp... | X | -500.00 | -114,349.99 |
| Bill Pmt -Check | 07/15/2025 | 8024 | Erica James | X | -78.00 | -114,427.99 |
| Bill Pmt -Check | 07/22/2025 | 8027 | KIG | X | -7,966.00 | -122,393.99 |
| Bill Pmt -Check | 07/22/2025 | 8028 | Metro Alarm System... | X | -2,791.60 | -125,185.59 |
| Bill Pmt -Check | 07/23/2025 | 8029 | Detroit Spectrum Pa... | X | -5,940.00 | -131,125.59 |
| Bill Pmt -Check | 07/25/2025 | ACH ... | MCS Millwork & Ca... | X | -24,400.56 | -155,526.15 |
| Bill Pmt -Check | 07/28/2025 | 8041 | Total Labor | X | -1,795.00 | -157,321.15 |
| Bill Pmt -Check | 07/28/2025 | 8043 | Total Labor | X | -1,400.00 | -158,721.15 |
| Bill Pmt -Check | 07/29/2025 | ACH ... | Ally-Auto Finance | X | -643.89 | -159,365.04 |
| Bill Pmt -Check | 07/30/2025 | 8045 | Dale Investment Co. | X | -25,391.85 | -184,756.89 |
| | | | Total Checks and Payments | | -184,756.89 | -184,756.89 |
| **Deposits and Credits - 12 items** | | | | | | |
| Payment | 07/03/2025 | 316974 | 25-933 Forman Mills | X | 40,550.00 | 40,550.00 |
| Payment | 07/03/2025 | 206259 | 25-927 IHA | X | 115,206.54 | 155,756.54 |
| Deposit | 07/05/2025 | WIRE | Ashmark Constructi... | X | 104,000.00 | 259,756.54 |
| Bill | 07/09/2025 | TRAN... | Ashmark Constructi... | X | 64.49 | 259,821.03 |
| Bill Pmt -Check | 07/15/2025 | 8026 | Detroit Spectrum Pa... | X | 0.00 | 259,821.03 |
| Payment | 07/15/2025 | 000484 | 25-939 Suite 102C | X | 2,264.50 | 262,085.53 |
| Payment | 07/24/2025 | 206709 | 25-930 Endoscopy ... | X | 34,146.67 | 296,232.20 |
| Payment | 07/25/2025 | 9071 | 25-929 Ross - Brigh... | X | 106,396.56 | 402,628.76 |
| Payment | 07/30/2025 | 8333 | Mark Adler Homes | X | 1,089.53 | 403,718.29 |
| Payment | 07/30/2025 | | 25-935 GMR Livonia | X | 4,007.00 | 407,725.29 |
| Payment | 07/30/2025 | | 25-930 Endoscopy ... | X | 77,414.93 | 485,140.22 |
| Deposit | 07/31/2025 | | | X | 4.57 | 485,144.79 |
| | | | Total Deposits and Credits | | 485,144.79 | 485,144.79 |
| | | | Total Cleared Transactions | | 300,387.90 | 300,387.90 |
| | | | **Cleared Balance** | | 300,387.90 | 300,387.90 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 14 items** | | | | | | |
| Bill Pmt -Check | 07/28/2025 | 8030 | D'Angelo's Plasterin... | | -47,726.02 | -47,726.02 |
| Bill Pmt -Check | 07/28/2025 | 8040 | TLA Interiors | | -14,837.77 | -62,563.79 |
| Bill Pmt -Check | 07/28/2025 | 8042 | Visionary Constructi... | | -12,590.00 | -75,153.79 |
| Bill Pmt -Check | 07/28/2025 | 8044 | Trinity Roofing, LLC | | -10,000.00 | -85,153.79 |
| Bill Pmt -Check | 07/28/2025 | 8036 | Lee Industrial Contr... | | -8,404.70 | -93,558.49 |
| Bill Pmt -Check | 07/28/2025 | 8037 | Max Demolition | | -8,160.00 | -101,718.49 |
| Bill Pmt -Check | 07/28/2025 | 8032 | Energy Electric Serv... | | -7,546.50 | -109,264.99 |

Docusign Envelope ID: C8A9E80D-AF35-402D-BE3D-B6B178B9EF70

# ASHMARK Construction, LLC
## Reconciliation Detail
### 11470 Huntington Bank Op DIP, Period Ending 07/31/2025

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 07/28/2025 | 8033 | Gregg's Caulking | | -3,600.00 | -112,864.99 |
| Bill Pmt -Check | 07/28/2025 | 8034 | James Ross Constr... | | -2,678.00 | -115,542.99 |
| Bill Pmt -Check | 07/28/2025 | 8031 | Daniels Glass, Inc. | | -2,021.80 | -117,564.79 |
| Bill Pmt -Check | 07/28/2025 | 8039 | Stanley Access Tec... | | -1,963.60 | -119,528.39 |
| Bill Pmt -Check | 07/28/2025 | 8038 | Rayhaven Group, Inc. | | -382.00 | -119,910.39 |
| Bill Pmt -Check | 07/28/2025 | 8035 | Justice Fence Co. | | -150.00 | -120,060.39 |
| Bill Pmt -Check | 07/31/2025 | 8046 | SCI Floor Covering, ... | | -1,591.60 | -121,651.99 |
| **Total Checks and Payments** | | | | | **-121,651.99** | **-121,651.99** |
| **Total Uncleared Transactions** | | | | | **-121,651.99** | **-121,651.99** |
| **Register Balance as of 07/31/2025** | | | | | **178,735.91** | **178,735.91** |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 08/04/2025 | 8047 | Martin Renel | | -381.72 | -381.72 |
| **Total Checks and Payments** | | | | | **-381.72** | **-381.72** |
| **Total New Transactions** | | | | | **-381.72** | **-381.72** |
| **Ending Balance** | | | | | **178,354.19** | **178,354.19** |

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



ASHMARK CONST. DBTR IN POSSESSION
5640 W MAPLE RD STE 300
W BLOOMFIELD MI 48322-3719

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

---

## *Huntington Unlimited Plus Checking*   Account: -------0786

| Statement Activity From:<br>07/04/25 to 07/31/25 | | Beginning Balance | $0.00 |
|---|---|---|---|
| | | Credits (+) | 485,144.79 |
| Days in Statement Period | 28 | Regular Deposits | 381,140.22 |
| | | Wire Transfer Credits | 104,000.00 |
| | | Interest Earned | 4.57 |
| Average Ledger Balance* | 230,080.70 | Debits (-) | 184,756.89 |
| Average Collected Balance* | 191,950.91 | Regular Checks Paid | 158,138.21 |
| * The above balances correspond to the | | Electronic Withdrawals | 26,618.68 |
| service charge cycle for this account. | | Total Service Charges (-) | 0.00 |
| | | Ending Balance | $300,387.90 |

*Average Percentage Yield Earned this period 0.029%*

---

### *Deposits (+)*                                          Account:-------0786

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 07/03 | 155,756.54 | | Brch/ATM | 07/25 | 106,396.56 | | Brch/ATM |
| 07/09 | 64.49 | | Brch/ATM | 07/30 | 77,414.93 | | Brch/ATM |
| 07/15 | 2,264.50 | | Brch/ATM | 07/30 | 4,007.00 | | Brch/ATM |
| 07/24 | 34,146.67 | | Brch/ATM | 07/30 | 1,089.53 | | Brch/ATM |

---

### *Other Credits (+)*                                     Account:-------0786

| Date | Amount | Description |
|---|---|---|
| 07/07 | 104,000.00 | INCOMING FEDWIRE TRANSFER |
| 07/31 | 4.57 | INTEREST PAYMENT |

---

### *Checks (-)*                                            Account:-------0786

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 07/22 | 22.26 | 8001 | 07/21 | 1,423.10 | 8008 |
| 07/17 | 401.21 | 8002 | 07/17 | 599.06 | 8009 |
| 07/18 | 120.00 | 8003 | 07/16 | 1,531.00 | 8010 |
| 07/22 | 355.75 | 8004 | 07/16 | 8,500.00 | 8011 |
| 07/21 | 467.96 | 8005 | 07/22 | 1,810.00 | 8012 |
| 07/21 | 412.93 | 8006 | 07/18 | 7,287.00 | 8013 |
| 07/14 | 1,359.21 | 8007 | 07/15 | 2,123.02 | 8014 |

---

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⬣®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2025 Huntington Bancshares Incorporated.

Docusign Envelope ID: C8A9E80D-AF35-402D-BE3D-B6B178B9EF70



## Checks (-)
Account:-------0786

| Date | Amount | Check # | Date | Amount | Check # |
|------|--------|---------|------|--------|---------|
| 07/22 | 3,200.00 | 8015 | 07/15 | 78.00 | 8024 |
| 07/23 | 5,567.40 | 8016 | 07/21 | 9,621.00 | 8025 |
| 07/25 | 6,834.60 | 8017 | 07/28 | 7,966.00 | 8027* |
| 07/22 | 11,485.00 | 8018 | 07/29 | 2,791.60 | 8028 |
| 07/16 | 23,500.00 | 8019 | 07/28 | 5,940.00 | 8029 |
| 07/22 | 900.00 | 8020 | 07/28 | 1,795.00 | 8041* |
| 07/21 | 11,755.26 | 8021 | 07/28 | 1,400.00 | 8043* |
| 07/21 | 500.00 | 8022 | 07/30 | 25,391.85 | 8045* |
| 07/21 | 13,000.00 | 8023 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)
Account:-------0786

| Date | Amount | Description |
|------|--------|-------------|
| 07/07 | 1,574.23 | SOM MITREASBUS 250705 4574900 |
| 07/28 | 24,400.56 | MCS MILLWORK AND SALE 250726 |
| 07/30 | 643.89 | ACI Payments Inc ACI AllyFi 250730 228347782465 |

## Service Charge Summary
Account:-------0786

| | |
|---|---|
| Previous Month Service Charges (-) | $0.00 |
| Total Service Charges (-) | $0.00 |

## Balance Activity
Account:-------0786

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/03 | 155,756.54 | 07/17 | 222,419.80 | 07/25 | 288,200.77 |
| 07/07 | 258,182.31 | 07/18 | 215,012.80 | 07/28 | 246,699.21 |
| 07/09 | 258,246.80 | 07/21 | 177,832.55 | 07/29 | 243,907.61 |
| 07/14 | 256,887.59 | 07/22 | 160,059.54 | 07/30 | 300,383.33 |
| 07/15 | 256,951.07 | 07/23 | 154,492.14 | 07/31 | 300,387.90 |
| 07/16 | 223,420.07 | 07/24 | 188,638.81 | | |

Docusign Envelope ID: C8A9E80D-AF35-402D-BE3D-B6B178B9EF70

# ASHMARK Construction, LLC
## A/P Aging Summary
### As of July 31, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Able Plumbing & Contracting, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 897.90 | 897.90 |
| Applied Innovation | 0.00 | 29.98 | 0.00 | 0.00 | 0.00 | 29.98 |
| ARC Document Solutions, LLC | 348.59 | 0.00 | 0.00 | 0.00 | 0.00 | 348.59 |
| Ben James | 903.10 | 0.00 | 0.00 | 0.00 | 0.00 | 903.10 |
| BJ's Heating & Cooling, Inc. | 0.00 | 618.60 | 0.00 | 0.00 | 2,000.00 | 2,618.60 |
| Brendel Septic Tank Service, LLC | 0.00 | 120.00 | 0.00 | 0.00 | 0.00 | 120.00 |
| Coponen Construction Services, LLC | 7,307.00 | 7,500.00 | 0.00 | 0.00 | 0.00 | 14,807.00 |
| Detroit Spectrum Painting | 950.00 | 30,660.00 | 0.00 | 0.00 | 0.00 | 31,610.00 |
| Energy Electric Services, LLC | 7,717.50 | 1,325.00 | 0.00 | 0.00 | 0.00 | 9,042.50 |
| GreatAmerica Financial Svcs. | 166.14 | 281.35 | 0.00 | 0.00 | 0.00 | 447.49 |
| Independence Commercial Construction, Inc | 10,795.70 | 0.00 | 0.00 | 0.00 | 0.00 | 10,795.70 |
| Koala Insulation | 5,958.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,958.00 |
| MCS Millwork & Cabinetry Services | 0.00 | 30,991.60 | 0.00 | 0.00 | 0.00 | 30,991.60 |
| Michael Goldenberg Painting, Inc. | 28,750.00 | 0.00 | 0.00 | 0.00 | 1,685.00 | 30,435.00 |
| Ray Shamoun | 0.00 | 4,859.14 | 0.00 | 0.00 | 0.00 | 4,859.14 |
| Rayhaven Group, Inc. | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 |
| Republic Services | 0.00 | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 |
| SCI Floor Covering, Inc. | 0.00 | 7,000.00 | 0.00 | 0.00 | 0.00 | 7,000.00 |
| Trinity Roofing, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 3,500.00 | 3,500.00 |
| UHY Advisors, Inc. | 6,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,100.00 |
| Vanguard Fire & Security Systems, Inc. | 3,823.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,823.00 |
| Verizon Wireless | 442.84 | 0.00 | 0.00 | 0.00 | 0.00 | 442.84 |
| **TOTAL** | **73,861.87** | **83,420.67** | **0.00** | **0.00** | **8,082.90** | **165,365.44** |

Docusign Envelope ID: C8A9E80D-AF35-402D-BE3D-B6B178B9EF70

# ASHMARK Construction, LLC
## A/R Aging Summary
### As of July 31, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 25-927 IHA | 0.00 | 73,498.08 | 0.00 | 0.00 | 0.00 | 73,498.08 |
| 25-930 Endoscopy Health Park Suite E | 0.00 | 115,511.13 | 0.00 | 0.00 | 0.00 | 115,511.13 |
| 25-931 DL Wholesale | 0.00 | 0.00 | 0.00 | 0.00 | 1,585.00 | 1,585.00 |
| 25-933 Forman Mills | 0.00 | 23,424.00 | 0.00 | 0.00 | 0.00 | 23,424.00 |
| 25-934 Regency - Toledo | 54,780.00 | 50,699.00 | 0.00 | 0.00 | 0.00 | 105,479.00 |
| 25-940 GMR Westland (Motown) | 0.00 | 17,843.00 | 0.00 | 0.00 | 0.00 | 17,843.00 |
| 25-941 Joann's | 0.00 | 18,198.50 | 0.00 | 0.00 | 0.00 | 18,198.50 |
| 25-942 Athletico | 0.00 | 7,855.50 | 0.00 | 0.00 | 0.00 | 7,855.50 |
| TOTAL | 54,780.00 | 307,029.21 | 0.00 | 0.00 | 1,585.00 | 363,394.21 |