UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 25-46693-TJT

Ashmark Construction, LLC,  Chapter 11

    Debtor.  Judge Thomas J. Tucker

_____/

# EX PARTE ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER TO PURCHASE VEHICLE OUTSIDE ORDINARY COURSE OF BUSINESS, TRADE IN VEHICLE, AND PAY OFF LIEN

This case is before the Court on the motion for an expedited hearing filed by the Debtor, Ashmark Construction, LLC ("Debtor" or "Ashmark") (Docket # 57, the "Expedited Hearing Motion"). The Court finds good cause to enter this Order.

IT IS ORDERED that the Expedited Hearing Motion (Docket # 57) is granted.

IT IS FURTHER ORDERED that the deadline for parties to file any objection(s) to the Debtor's motion entitled "Debtor's Motion for Entry of an Order to Purchase Vehicle Outside Ordinary Course of Business, Trade In Vehicle, and Pay Off Lien" (Docket # 56, the "Motion") is October 27, 2025, and in the event that a timely objection is filed or served, the Court will hold a telephonic hearing on the Motion on **October 29, 2025 at 11:00 a.m.** At least five minutes before the scheduled time for hearing, counsel and parties should call (202) 503-

1666 and use Access Code 654 240 580#. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

IT IS FURTHER ORDERED that if no objection is timely filed, the Debtor may file a certification of no response with the Court on October 28, 2025, and submit a proposed order granting the Motion, upon which the Court may grant the Motion without further notice or hearing.

IT IS FURTHER ORDERED that *no later than today, October 23, 2025*, the Debtor must serve the Motion and this Order on all creditors and parties in interest in this bankruptcy case. The Debtor may complete service as directed herein electronically, by transmitting the same by email to the email addresses of record for each creditor and party in interest who has requested electronic notice in this bankruptcy case.

IT IS FURTHER ORDERED that *no later than today, October 23, 2025*, the Debtor must serve the Motion and this Order on M1 Concourse, LLC via United States Postal Service, First Class delivery and must serve the Motion and this Order electronically on the email addresses of M1 Concourse's last known legal counsel.

IT IS FURTHER ORDERED that *no later than October 24, 2025*, the Debtor must file a certificate of service consistent with the requirements of service contained in this Order.

**Signed on October 22, 2025**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge