

# TERMS & CONDITIONS

AVL-Creative
6235 Concord Detroit,
MI 48211 586.294.8800
www.avl-c.com

**RESERVATIONS:**
- A signed contract (confirmation) is required for all rentals.
- Unless you have received approved terms in advance, all of the following terms apply (credit terms are for recurring clients only. Please allow 3 weeks for approvals).
- Items are reserved with a 50% down payment (cash, credit card, or corporate check). PERSONAL CHECKS ARE NOT ACCEPTED.
- Valid drivers license or state ID required.
- Security Deposits are required for all rentals. Security Deposit is usually 50% of the rental total (minimum $50). It will be retained until ALL items are returned and determined to be clean and undamaged. Security Deposit must be made by credit card (VISA, MasterCard, or American Express) regardless of method of payment used to secure your rental items for your event.
- Orders that are confirmed less than 2 business days prior to the event date are subject to a rush fee.

**RENTAL TERMS:**
- In the event of cancellation, deposit will not be refunded. Customers with credit terms will be invoiced 50% of the job confirmation if canceling.
- If the rental items are not returned in their original containers or are returned dirty, damaged, or are missing, the replacement cost or a service charge will be deducted from the security deposit or billed to charge clients.
- Refunds are NOT available for unused items.
- Items returned late will be charged 15% for each additional rental day. This charge will be applied to the security deposit, credit card on file, or invoiced to customers approved in advance for credit terms.
- There is on NO grace period rental equipment returned late. Equipment returned late will be billed at the daily rate. PLEASE NOTE THE RETURN DATE ON YOUR CONTRACT.
- In the event that you need to make changes/edits to your rental contract 7 days or less before your delivery date i.e. (cancel or remove items, reduction in quantities, and or exchange items for substitutions) you as the lessee are subject to a 15% re-stocking fee for those items.

**SALES TERMS:**
- All Sales are final.
- Custom orders billed at 100% if canceled.
- No refunds on deposits.
- FOB Detroit/Factory.
- No guarantees or warranties unless specified.
- Quotes good for 30 days.

**DELIVERIES:**
- Upon delivery, you or a predetermined contact must be on site to receive the items and sign off upon receipt.
- AVL-Creative, has the right to deliver items in advance of requested date based on delivery schedule.
- Approximate delivery time may be obtained by contacting the office the day prior to the anticipated date.
- Deliveries and pick-ups made by AVL-Creative, will be to an entry point at ground level or an accessible yard. There is an additional charge for upstairs, downstairs, distance handling and for deliveries outside the Tri County Area.

**RELEASE AND INDEMNIFICATION**
To the fullest extent permitted by law, the client hereby releases AVL-Creative, its agents and employees (hereinafter collectively "AVL-Creative"), and additionally shall defend, indemnify and hold harmless AVL-Creative, from and against all damages, losses, liabilities and expenses, including, without limitation, court costs and attorney fees, resulting from or relating to any claims or causes of action brought by client, its agents, employees, invitees or any other third parties, against AVL-Creative, for bodily injury, sickness, disease, injury or death, or from claims or causes of action for damages to tangible or intangible property, including without limitation, claims resulting from the performance or nonperformance of the client under or relating to this Work Order, and shall apply only to the extent that the claim or loss is caused in whole or in part by any intentional or negligent act or omission of the client or any of its agents, employees or subcontractors. This release and indemnity shall be effective regardless of whether the claim or loss is caused in some part by a party to be indemnified. Client shall be required to maintain such commercial general liability and other forms of insurance, and in such amounts of coverage, as AVL-Creative, deems reasonably necessary in connection herewith, and shall furnish AVL-Creative, written evidence thereof upon request. Any such insurance shall name AVL-Creative, as an additional insured. Client also waives the right of its insurance company to subrogate against AVL-Creative, any claims they may have paid. If client hires any Subcontractors, all requirements in this agreement will also apply to the Subcontractor's subs.

I have read and agree: _____  Date: _____
                          (Print Name)

Signature: _____  Job Summary#: _____

---

- Cash or company checks (payable to AVL-Creative) are the preferred method of payment.
- Personal Checks are not accepted.

---

## Credit Card Authorization

I, _____ of _____
         (Name)                              (Company Name)

Authorize AVL-Creative, to charge _____ (Dollars) to my
                                    (2.5% Visa/Mastercard fee and 3% AMEX fee)

Card #: _____   ☐ Visa            Name on Card: _____
Expiration: _____   ☐ Mastercard      Billing Address: _____
Security Code: _____    ☐ American Express City, State, Zip: _____
                                                     _____

Authorization Signature: _____
Date: _____

**Subject:** RE: with your fee
**Date:** Wednesday, March 9, 2022 at 10:08:00 AM Eastern Standard Time
**From:** Jacob Fritts
**To:** Martin Renel
**CC:** Amy Boerkoel
**Attachments:** Quote-21-1883.pdf, image001.png, image003.png, image005.png

**JACOB FRITTS | Senior Account Executive**

DISPLAY GROUP | 6235 Concord Ave., Detroit, MI 48211
iPhone 313 938 9943 [call or text]

**DISPLAY GROUP FAMILY OF COMPANIES**
DG Events | AVL-Creative | DG-3D | Bldg22 | Mandell Display Design

Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

Confidentiality Note: This message is intended only for the person or entity to which it is addressed. It may contain confidential and/or privileged material. Any review, transmission, dissemination or other use, or taking of any action in reliance upon this message by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this message in error, please contact the sender and delete it from your computer.

From: Jacob Fritts
Sent: Tuesday, March 8, 2022 2:35 PM
To: Martin Renel <martin@ashmark.com>
Subject: RE: with your fee

Ok. Should be all set

**JACOB FRITTS | Senior Account Executive**

DISPLAY GROUP | 6235 Concord Ave., Detroit, MI 48211
iPhone 313 938 9943 [call or text]

**DISPLAY GROUP FAMILY OF COMPANIES**
DG Events | AVL-Creative | DG-3D | Bldg22 | Mandell Display Design

Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

Confidentiality Note: This message is intended only for the person or entity to which it is addressed. It may contain confidential and/or privileged material. Any review, transmission, dissemination or other use, or taking of any action in reliance upon this message by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this message in error, please contact the sender and delete it from your computer.

From: Martin Renel <martin@ashmark.com>
Sent: Tuesday, March 8, 2022 2:31 PM
To: Jacob Fritts <jacob@dg-3d.com>
Subject: RE: with your fee

CAUTION: This email originated from outside of the organization. Do not click links or open attachments

EXHIBIT 12

unless you recognize the sender and know the content is safe.

One last thing, the fee is incorrect, should only be 8%


Martin Renel
248-406-7335

**From:** Jacob Fritts <jacob@dg-3d.com>
**Sent:** Tuesday, March 8, 2022 2:29 PM
**To:** Martin Renel <martin@ashmark.com>
**Subject:** RE: with your fee

It's the biggest tv Samsung makes at 98".

**JACOB FRITTS | Senior Account Executive**

**DISPLAY GROUP | 6235 Concord Ave., Detroit, MI 48211**
iPhone 313 938 9943 [call or text]

**DISPLAY GROUP FAMILY OF COMPANIES**
DG Events | AVL-Creative | DG-3D | Bldg22 | Mandell Display Design

Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

Confidentiality Note: This message is intended only for the person or entity to which it is addressed. It may contain confidential and/or privileged material. Any review, transmission, dissemination or other use, or taking of any action in reliance upon this message by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this message in error, please contact the sender and delete it from your computer.

**From:** Martin Renel <martin@ashmark.com>
**Sent:** Tuesday, March 8, 2022 2:28 PM
**To:** Jacob Fritts <jacob@dg-3d.com>
**Subject:** RE: with your fee

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

What size is the TV you replace the video wall with ?


Martin Renel
248-406-7335

CONSTRUCTION

**From:** Jacob Fritts <jacob@dg-3d.com>
**Sent:** Tuesday, March 8, 2022 2:26 PM
**To:** Martin Renel <martin@ashmark.com>
**Subject:** FW: with your fee

**From:** Jacob Fritts
**Sent:** Tuesday, March 8, 2022 2:25 PM
**To:** Jacob Fritts <jacob@dg-3d.com>
**Subject:** RE: with your fee

Should be good now.

**JACOB FRITTS** | Senior Account Executive

**DISPLAY GROUP** | 6235 Concord Ave., Detroit, MI 48211
iPhone 313 938 9943 [call or text]

**DISPLAY GROUP FAMILY OF COMPANIES**
DG Events | AVL-Creative | DG-3D | Bldg22 | Mandell Display Design

Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

Confidentiality Note: This message is intended only for the person or entity to which it is addressed. It may contain confidential and/or privileged material. Any review, transmission, dissemination or other use, or taking of any action in reliance upon this message by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this message in error, please contact the sender and delete it from your computer.

**From:** Jacob Fritts
**Sent:** Tuesday, March 8, 2022 1:09 PM
**To:** Martin Renel <martin@ashmark.com>
**Cc:** Amy Boerkoel <amy@ashmark.com>
**Subject:** with your fee

**JACOB FRITTS** | Senior Account Executive

**DISPLAY GROUP** | 6235 Concord Ave., Detroit, MI 48211
iPhone 313 938 9943 [call or text]

**DISPLAY GROUP FAMILY OF COMPANIES**
DG Events | AVL-Creative | DG-3D | Bldg22 | Mandell Display Design

Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

Confidentiality Note: This message is intended only for the person or entity to which it is addressed. It may contain confidential and/or privileged material. Any review, transmission, dissemination or other use, or taking of any action in reliance upon this message by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this message in error, please contact the sender and delete it from your computer.



6235 Concord Ave.
Detroit, MI 48211
(313) 865-3344
dg-3d.com

# Contract

Quote Number: 22-0068
StudioDetroit_PenningtonAV_M1_03-01-22

| Client | Venue / Site |
|---|---|
| Studio Detroit<br>Kevin Crosby<br>2111 Woodward Ave STE. 1001<br>DETROIT MI 48201<br>Phone: 313-909-3607 | |

| Account Manager | Project Manager | Warehouse | Terms | Tax Rule |
|---|---|---|---|---|
| Jacob Fritts | | Detroit | | Michigan Sales Tax |

| Customer PO | Load In | Load Out | Discount |
|---|---|---|---|
| | 3/31/2022 12:00 AM | 3/31/2022 12:00 AM | |

| Qty. | Description | Note | Discount | Price | Price Ext. |
|---|---|---|---|---|---|
| | **WIFI Network (Small (<2500sqft)** | | | | |
| 1 | Arris Surfboard SB8200 - 10 Gig Modem | | | 245.75 | 245.75 |
| 1 | NET110 SW24 Network Switch (Includes Rackmount and Cloud Management) | | | 431.34 | 431.34 |
| 1 | NET-RT-310-OVRC | | | 466.83 | 466.83 |
| | This Total is inclusive of mesh system wifi coverage for the whole unit. Wired connections ran to all stationary units. Cloud management and support. Option to add wifi ports throughout the unit. Frequent firmware updates and aggressive firewall protection and a secure guest network. | | | | |
| | | | WIFI Network (Small (<2500sqft): | | $1,143.92 |
| | **Equipment Rack Power** | | | | |
| 1 | RACK SYSTEMS - LR-27R -27 Space(wire management included) | | | 875.00 | 875.00 |
| 2 | WATT BOX - PWR-6 - Surge Protector | | | 57.33 | 114.66 |
| 1 | WATT BOX - WP-800-IPVM-6 IP Surge Protector | | | 525.46 | 525.46 |
| | | | Equipment Rack Power: | | $1,515.12 |
| | **Control4 Controller** | | | | |
| 1 | CONTROL4-8" T4 Portable - Touchscreen w/ 4 programmable hard keys | | | 1,228.50 | 1,228.50 |
| 1 | CONTROL4 - EA-5 - Home Controller | | | 2,689.83 | 2,689.83 |
| 6 | CONTROL4 -SR-260 - Handheld System Remote | | | 257.40 | 1,544.40 |
| 1 | Warranty and Support | | | 4,586.44 | 4,586.44 |
| | | | Control4 Controller: | | $10,049.17 |
| | **Audio System** | | | | |
| 10 | AUDIO L/R Interconnect Cable | | | 26.32 | 263.20 |
| 1 | CONTROL4 - KP-Config - Keypad | | | 235.00 | 235.00 |
| 1 | CONTROL4 - TRIAD 16X16 MATRIX - 16 Audio Matrix | | | 2,574.39 | 2,574.39 |
| 1 | CONTROL4 - TRIAD 8 Zone AMP - 16 Channel Amp | | | 1,987.83 | 1,987.83 |
| 8 | TRIAD - IC TS-83 IN-CEILING Speaker | | | 466.83 | 3,734.64 |
| | | | Audio System: | | $8,795.06 |
| | **Surveillance** | | | | |
| 1 | NET POE - POE Injector | | | 65.00 | 65.00 |
| 1 | Chime Doorbell | | | 359.10 | 359.10 |
| 7 | WIREPATH - LUM-310-IP - Outdoor Camera | | | 438.65 | 3,070.55 |
| 1 | 8 CAM Network Recorder | | | 2,045.16 | 2,045.16 |

Contract (Quote Number: 22-0068)

| Qty. | Description | Note | Discount | Price | Price Ext. |
|---|---|---|---|---|---|
| | | | | Surveillance: | $5,539.81 |
| **Video** | | | | | |
| 7 | RAZOR Thin .7" TV Mount | | | 232.83 | 1,629.81 |
| 1 | TV 1 | | | 2,500.00 | 2,500.00 |
| 0 | TV 2 | | | 1,250.00 | 0.00 |
| 0 | TV 3 | | | 1,600.00 | 0.00 |
| 1 | TV 4 | | | 3,200.00 | 3,200.00 |
| 1 | TV 5 | | | 1,500.00 | 1,500.00 |
| 1 | TV 6 | | | 1,600.00 | 1,600.00 |
| 2 | TV 7 | | | 3,100.00 | 6,200.00 |
| 1 | TV 8 | | | 14,999.00 | 14,999.00 |
| | Above price is inclusive of purchase, installation, data supply and configuration. | | | | |
| 0 | TV 9 * Excludes ceiling mount until further design work is approved | | | 2,500.00 | 0.00 |
| | | | | Video: | $31,628.81 |

DISCLAIMER:

Quote price is good for 30 days.
A covered van or box truck is required for all customer pickups.
Open pick up trucks and cars are not allowed.
Imposed union labor not included in price of quote.
Credit card fees may apply.

| | |
|---|---|
| Subtotal: | $58,671.89 |
| Sales Tax: | $3,520.31 |
| Total: | $62,192.20 |
| Total Applied Payments: | $0.00 |
| Balance Due: | $62,192.20 |



**6235 Concord Ave.**
Detroit, MI 48211
(313) 394-1333
avl-c.com

# Quote

Quote Number: 22-0672

StudioDetroit_PenningtonAVWiringInstallation_M1Concourse_6-1-22

| Client | Venue / Site |
|---|---|
| Studio Detroit<br>Kevin Crosby<br>2111 Woodward Ave STE. 1001<br>DETROIT MI 48201<br>Phone: 313-909-3607 | |

| Account Manager | Project Manager | Warehouse | Terms | Tax Rule |
|---|---|---|---|---|
| Jacob Fritts | | Detroit | | Michigan Sales Tax |

| Customer PO | Load In | Load Out | Discount |
|---|---|---|---|

| Qty | Description | Note | Discount | Price | Price Ext. |
|---|---|---|---|---|---|
| 1 | Installation and Programming Labor | | | 1,651.51 | 1,651.51 |
| 1 | Warranty and Support | | | 866.09 | 866.09 |
| 6 | HDMI Kit | | | 350.00 | 2,100.00 |
| 3 | EERO - EERO PRO 6 Wifi | | | 267.93 | 803.79 |
| 12 | Inwall Cabling | | | 25.00 | 300.00 |
| 20 | Cat5E Cables w/ RJ45 Connectors | | | 5.00 | 100.00 |
| 7 | OPT COAX - Toslink | | | 55.00 | 385.00 |

**DISCLAIMER:**

Quote price is good for 30 days.
A covered van or box truck is required for all customer pickups.
Open pick up trucks and cars are not allowed.
Imposed union labor not included in price of quote.
Credit card fees may apply.

| | |
|---|---|
| Subtotal: | $6,206.39 |
| Rental Surcharge: | $124.13 |
| Sales Tax: | $379.83 |
| Total: | $6,710.35 |
| Total Applied Payments: | $0.00 |
| Balance Due: | $6,710.35 |

3/8/2022 1:07 PM

Page 1 of 1

25-46693-tjt    Doc 60-3    Filed 10/23/25    Entered 10/23/25 14:05:42    Page 7 of 12



# TERMS & CONDITIONS

AVL-Creative
6235 Concord Detroit,
MI 48211 586.294.8800
www.avl-c.com

**RESERVATIONS:**
- A signed contract (confirmation) is required for all rentals.
- Unless you have received approved terms in advance, all of the following terms apply (credit terms are for recurring clients only. Please allow 3 weeks for approvals).
- Items are reserved with a 50% down payment (cash, credit card, or corporate check). PERSONAL CHECKS ARE NOT ACCEPTED.
- Valid drivers license or state ID required.
- Security Deposits are required for all rentals. Security Deposit is usually 50% of the rental total (minimum $50). It will be retained until ALL items are returned and determined to be clean and undamaged. Security Deposit must be made by credit card (VISA, MasterCard, or American Express) regardless of method of payment used to secure your rental items for your event.
- Orders that are confirmed less than 2 business days prior to the event date are subject to a rush fee.

**RENTAL TERMS:**
- In the event of cancellation, deposit will not be refunded. Customers with credit terms will be invoiced 50% of the job confirmation if canceling.
- If the rental items are not returned in their original containers or are returned dirty, damaged, or are missing, the replacement cost or a service charge will be deducted from the security deposit or billed to charge clients.
- Refunds are NOT available for unused items.
- Items returned late will be charged 15% for each additional rental day. This charge will be applied to the security deposit, credit card on file, or invoiced to customers approved in advance for credit terms.
- There is on NO grace period rental equipment returned late. Equipment returned late will be billed at the daily rate. PLEASE NOTE THE RETURN DATE ON YOUR CONTRACT.
- In the event that you need to make changes/edits to your rental contract 7 days or less before your delivery date i.e. (cancel or remove items, reduction in quantities, and or exchange items for substitutions) you as the lessee are subject to a 15% re-stocking fee for those items.

**SALES TERMS:**
- All Sales are final.
- Custom orders billed at 100% if canceled.
- No refunds on deposits.
- FOB Detroit/Factory.
- No guarantees or warranties unless specified.
- Quotes good for 30 days.

**DELIVERIES:**
- Upon delivery, you or a predetermined contact must be on site to receive the items and sign off upon receipt.
- AVL-Creative, has the right to deliver items in advance of requested date based on delivery schedule.
- Approximate delivery time may be obtained by contacting the office the day prior to the anticipated date.
- Deliveries and pick-ups made by AVL-Creative, will be to an entry point at ground level or an accessible yard. There is an additional charge for upstairs, downstairs, distance handling and for deliveries outside the Tri County Area.

**RELEASE AND INDEMNIFICATION**
To the fullest extent permitted by law, the client hereby releases AVL-Creative, its agents and employees (hereinafter collectively "AVL-Creative"), and additionally shall defend, indemnify and hold harmless AVL-Creative, from and against all damages, losses, liabilities and expenses, including, without limitation, court costs and attorney fees, resulting from or relating to any claims or causes of action brought by client, its agents, employees, invitees or any other third parties, against AVL-Creative, for bodily injury, sickness, disease, injury or death, or from claims or causes of action for damages to tangible or intangible property, including without limitation, claims resulting from the performance or nonperformance of the client under or relating to this Work Order, and shall apply only to the extent that the claim or loss is caused in whole or in part by any intentional or negligent act or omission of the client or any of its agents, employees or subcontractors. This release and indemnity shall be effective regardless of whether the claim or loss is caused in some part by a party to be indemnified. Client shall be required to maintain such commercial general liability and other forms of insurance, and in such amounts of coverage, as AVL-Creative, deems reasonably necessary in connection herewith, and shall furnish AVL-Creative, written evidence thereof upon request. Any such insurance shall name AVL-Creative, as an additional insured. Client also waives the right of its insurance company to subrogate against AVL-Creative, any claims they may have paid. If client hires any Subcontractors, all requirements in this agreement will also apply to the Subcontractor's subs.

I have read and agree: _____ Date: _____
(Print Name)

Signature: _____ Job Summary#: _____

---

- Cash or company checks (payable to AVL-Creative) are the preferred method of payment.
- Personal Checks are not accepted.

---

### Credit Card Authorization

I, _____ of _____
(Name)  (Company Name)

Authorize AVL-Creative, to charge _____ (Dollars) to my
(2.5% Visa/Mastercard fee and 3% AMEX fee)

Card #: _____  ☐ Visa            Name on Card: _____
Expiration: _____ ☐ Mastercard    Billing Address: _____
Security Code: _____ ☐ American Express  City, State, Zip: _____

Authorization Signature: _____
Date: _____

  Richard Penington <richard.a.penington@gmail.com>

## RE: FW: 197 Pricing #6 follow up
1 message

**Martin Renel** <martin@ashmark.com>   Mon, Mar 21, 2022 at 9:53 AM
To: "Richard.A.Penington@gmail.com" <richard.a.penington@gmail.com>

Hi Richard,

Please see below responses in Red.

Thank you,

 **Martin Renel**
248-406-7335

**From:** Richard Penington <richard.a.penington@gmail.com>
**Sent:** Monday, March 21, 2022 12:07 PM
**To:** Martin Renel <martin@ashmark.com>
**Subject:** Re: FW: 197 Pricing #6 follow up

Martin,

I would like to address the following thread:



I am very open and transparent and expect the same from vendors. Your proposal indicated that Ashmark was making 9% as a general contractor. I was shocked to find out that Ashmark was marking up other vendors' Invoices by 10% and then marking this mark-up another 9%. My calculation shows Ashmark's actual General Contractor fee is close to 30% of the project cost and a $31K on-site project manager. This fee is significantly above industry norms and not acceptable. <span style="color:red">The pricing we submitted initially, including all the items above, to you was approved without any issues or comments. All pricing properly reflects costs and profit to the subcontractors and ourselves as it relates to this project. We would appreciate it if you would raise any and all concerns regarding pricing with me before approving same. As I am sure you understand the only practical way to conduct business is to approve pricing in advance and to accept that pricing once it has been agreed upon.</span>

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

I approved the pricing with the assumption you were not marking up the invoices from the vendors.  <span style="color:red">In accordance with standard business practices, Ashmark and our subcontractor's markup their cost in order to make a profit over the base cost of the product to be provided. The purpose of the general contractor is to provide appropriate subcontractor proposals and to oversee the construction process of the project. These are services we charge for as a GC and our clients agree to pay for said services according to payment schedule.</span>

There was no disclosure from Ashmark that you were marking up vendor invoices; in most cases, the vendors were identified and supported by Studio Detroit.  <span style="color:red">See above response. This is incorrect. Only (1) vendor was recommended by Studio Detroit, All other vendors and subcontractors have worked on numerous other projects including the M1 concourse for a number of years, without cause for complaint regarding their standard of work or their pricing.</span>

All projects I have paid for did not have the GC markup vendor invoices.  <span style="color:red">Please see above response.</span>

This markup provides Ashmark with approximately 30% of the project cost. This 30% fee is way above the industry standard.  <span style="color:red">The markup up does not provide a 30% fee as you have indicated on this contract. That number is not even close to reality.</span>

I asking that you revisit the markup of the vendor invoices and provide transparent information on the invoice and your markup with corresponding support for the markup.  <span style="color:red">This request is not appropriate as this is not a cost-plus contract. Your contract is with Ashmark and not with the vendors who Ashmark routinely does business. Therefore, your request is unreasonable.</span>

<span style="color:red">Please understand that you have entered a General Contractor lump sum construction contract this contract has been used over fifty times at the M1 and hundreds of our other commercial projects over 18 years without any problems.  We are in full compliance with that contract.  We want to continue to provide services pursuant to the terms of that contract.  Please confirm that are you in agreement.</span>

Thanks,

Richard Penington

Richard.A.Penington@gmail.com

(248) 240-1047

On Mon, Mar 21, 2022 at 7:43 AM Martin Renel <martin@ashmark.com> wrote:

Good morning Richard,

Please see my comments below in Red.   Feel free to contact me via phone any time at 248-798-0045 to discuss.

Thank you,



**Martin Renel**
248-406-7335

**From:** Richard Penington <richard.a.penington@gmail.com>
**Sent:** Sunday, March 20, 2022 3:56 PM
**To:** Martin Renel <martin@ashmark.com>
**Subject:** Re: 197 Pricing #6 follow up

**Martin,**

You will notice that I am only sending <u>you</u> this email. <span style="color:red">I appreciate you keeping this matter confidential and between us.   Our contractual relationships with our subcontractors form the basis of our business operations.  If you have any concerns going forward, please deal with me exclusively and I will address those concerns.   Please ask Torey to respect our business relationships and also contact me directly with any issues or questions which she may have.</span>

As we discussed, I am very disappointed about missing the upcoming race season at the M1 track due to the delay in this project, with the original completion date of April 2022.    <span style="color:red">I understand your disappointment.  Based on the complexity of the overall design which caused delays in completion of the design plans and construction documents, which we did not receive until January/Feb. of this year.  Additionally, the issue with existing conditions (underground conduits) caused a series of re-designs with steel and foundations all of these factors caused a start delay of over 6 weeks.   The complexity of project along with acute shortages in materials and delays in completing the plans has put us in the situation of completing your project on its current timeline.   Also, delay in approvals of previously submitted pricing is stopping us from going forward.  Approval of the current pricing we submitted will expedite the process.   In fact, it is essential that we work together to get the quickest possible approvals to any change orders in order to offset these market conditions.</span>