**\*\*FOR SETTLEMENT PURPOSES ONLY\*\***

general conditions after performing just slightly more than 10% of its contract work. That is what Ashmark did on this Project.

Mr. Penington is a highly principled individual and clearly feels that Ashmark has intentionally taken advantage of him. If we are forced to file suit, we will support our allegations in detail and Penington will seek not only a return of the unearned funds that he has paid to Ashmark, but also the damages that he has suffered due to the delays and defective work caused by Ashmark. Keep in mind that Ashmark's contract, which was signed on September 23, 2021 required Ashmark to begin construction within 2 weeks. Ashmark did not get started until January of 2022.

If we are forced to proceed to litigation, Penington's claim will be in the half million dollar range. Penington will accept $200,000.00, which is a portion of the unearned construction management, general conditions and contingency paid to Ashmark in full resolution. This demand is not intended as a starting point to negotiations. Your client need only accept or reject this demand. If your client elects to reject, we intend to promptly file suit and ask that you agree to accept service on behalf of Ashmark and Mr. Renel, individually.

Please advise.

Very truly yours,

DENEWETH, VITTIGLIO & SASSAK, P.C.

Ronald A. Deneweth
Direct No.: (248) 290-0401
rdeneweth@dvs-law.com

RAD/kh

cc:    Richard Penington (via e-mail)

5758.2/092922 Evans letter

Approved, SCAO 5758.2 AC/jw

| Original - Court | 2nd copy - Plaintiff |
| 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | CASE NO. |
| 6th  JUDICIAL DISTRICT  JUDICIAL CIRCUIT  COUNTY PROBATE | SUMMONS | 2023-198433-CZ  JUDGE NANCI J. GRANT |

Court address
1200 N. Telegraph Road, Pontiac, Michigan 48341

Court telephone no.
(248) 858-0344

Plaintiff's name(s), address(es), and telephone no(s).

RICHARD A. PENINGTON
c/o Deneweth, Vittiglio & Sassak, P.C.

v

Defendant's name(s), address(es), and telephone no(s).

ASHMARK CONSTRUCTION, LLC
5640 W. Maple, Suite 300
West Bloomfield, Michigan 48322

Plaintiff's attorney, bar no., address, and telephone no.
Ronald A. Deneweth (P27680)
Alexander Choi (P84544)
DENEWETH, VITTIGLIO & SASSAK, P.C.
Attorneys for Richard A. Penington
1175 W. Long Lake Rd., Suite 202, Troy, MI 48098
(248) 290-0401/08 / (248) 290-0415 (fax)
rdeneweth@dvs-law.com; achoi@dvs-law.com

This case has been designated as an eFiling case,
for more information please visit
www.oakgov.com/efiling.

Instructions: Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, _____ Court, where it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.  | SUMMONS |

EXHIBIT
23

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.

2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).

3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
| 1/24/2023 | 04/25/2023 | Lisa Brown |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (9/19)  SUMMONS

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED   Received for Filing   Oakland County Clerk   1/24/2023 10:58 AM

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 |
|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year beginning _____ , ending _____

Go to www.irs.gov/Form1065 for instructions and the latest information.

**2023**

| **A** Principal business activity | Name of partnership | **D** Employer identification number |
|---|---|---|
| CONSTRUCTION | ASHMARK CONSTRUCTION, LLC | |
| **B** Principal product or service | Type or Print — Number, street, and room or suite no. If a P.O. box, see instructions. | **E** Date business started |
| | 5640 W. MAPLE, SUITE 300 | 01/06/2005 |
| CONTRACTOR | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets (see instr.) |
| **C** Business code number | | |
| 236200 | WEST BLOOMFIELD          MI 48322 | $ 2,992,575. |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

**H** Check accounting method: (1) ☐ Cash (2) ☐ Accrual (3) ☒ Other (specify) SEE STATEMENT 4

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3

**J** Check if Schedules C and M-3 are attached ........................................................... ☐

**K** Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 3,939,946. | |
| | b | Less returns and allowances | | |
| | c | Balance | 1c | 3,939,946. |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | 3,380,373. |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 559,573. |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| | 7 | Other income (loss) (attach statement)          SEE STATEMENT 2 | 7 | 36,057. |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 595,630. |
| **Deductions (see instructions for limitations)** | 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| | 10 | Guaranteed payments to partners | 10 | |
| | 11 | Repairs and maintenance | 11 | |
| | 12 | Bad debts | 12 | |
| | 13 | Rent | 13 | 11,400. |
| | 14 | Taxes and licenses          SEE STATEMENT 3 | 14 | 12,206. |
| | 15 | Interest (see instructions) | 15 | 1,026. |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | |
| | | | 16c | |
| | 17 | Depletion (**Do not deduct oil and gas depletion.**) | 17 | |
| | 18 | Retirement plans, etc. | 18 | |
| | 19 | Employee benefit programs | 19 | |
| | 20 | Energy efficient commercial buildings deduction (attach Form 7205) | 20 | |
| | 21 | Other deductions (attach statement)          SEE STATEMENT 4 | 21 | 768,243. |
| | 22 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21 | 22 | 792,875. |
| | 23 | **Ordinary business income (loss).** Subtract line 22 from line 8 | 23 | -197,245. |
| **Tax and Payment** | 24 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 24 | |
| | 25 | Interest due under the look-back method—income forecast method (attach Form 8866) | 25 | |
| | 26 | BBA AAR imputed underpayment (see instructions) | 26 | |
| | 27 | Other taxes (see instructions) | 27 | |
| | 28 | **Total balance due.** Add lines 24 through 27 | 28 | |
| | 29 | Elective payment election amount from Form 3800 | 29 | |
| | 30 | Payment (see instructions) | 30 | |
| | 31 | Amount owed. If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | 31 | |
| | 32 | Overpayment. If the sum of line 29 and line 30 is larger than line 28, enter overpayment | 32 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

_____  _____
Signature of partner or limited liability company member          Date

May the IRS discuss this return with the preparer shown below? See instr. ☒ Yes ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | JOHN J. GALLO | JOHN J. GALLO | 02/19/24 | | |
| | Firm's name  ▶ UHY ADVISORS GREAT LAKES, INC. | | Firm's EIN ▶ | | |
| | Firm's address ▶ 27725 STANSBURY BLVD., SUITE 210 | | | | |
| | FARMINGTON HILLS, MI 48334 | | Phone no. (248 | | |

For Paperwork Reduction Act Notice, see separate instructions.          LHA          311001 12-18-23

**EXHIBIT**

**24**

## Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| a | ☐ Domestic general partnership    b ☐ Domestic limited partnership | | |
| c | ☒ Domestic limited liability company    d ☐ Domestic limited liability partnership | | |
| e | ☐ Foreign partnership    f ☐ Other | | |
| **2** | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2023, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election. See instructions for details regarding a section 754 election | | X |
| b | For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount $ _____ and the total aggregate net negative amount $ (_____) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|

| | | | |
|---|---|---|---|
| c | For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount  $ _____ and the total aggregate net negative amount  $ (_____) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |
| d | For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year  $ _____. The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year)  ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return | | |
| 16 a | Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return | | |
| 18 | Enter the number of partners that are foreign governments under section 892 | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions  $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the partnership has business interest expense. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15  $ | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions.  Percentage: _____ By vote _____ By value | | X |
| 29 | Is the partnership required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| a | Under the applicable foreign corporation rules? | | X |

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|
| **b** | Under the covered surrogate foreign corporation rules? ............................................................. | | X |
| | If "Yes" to either (a) or (b), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| **30** | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See instructions ............................................................. | | X |
| **31** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 .......................................... _____ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR    MARC WEINBAUM

| U.S. address of PR | ████████████████ | U.S. phone number of PR | ████████████ |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR

| U.S. address of designated individual | | U.S. phone number of designated individual | |
|---|---|---|---|

Form **1065** (2023)

311041 12-18-23

| Schedule K | Partners' Distributive Share Items | | | Total amount |
|---|---|---|---|---|

| | | | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 23) | | 1 | -197,245. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 | Guaranteed payments:   a Services | 4a |   b Capital | 4b | |
| | c | Total. Add lines 4a and 4b | | 4c | |
| | 5 | Interest income                          SEE STATEMENT 5 | | 5 | 1,928. |
| | 6 | Dividends and dividend equivalents:  a Ordinary dividends | | 6a | |
| | | b Qualified dividends | 6b |   c Dividend equivalents | 6c | |
| | 7 | Royalties | | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | 9a | |
| | b | Collectibles (28%) gain (loss) | 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | | 10 | |
| | 11 | Other income (loss) (see instructions) Type: | | 11 | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) | | 12 | |
| | 13a | Cash contributions                       SEE STATEMENT 6 | | 13a | 3,160. |
| | b | Noncash contributions | | 13b | |
| | c | Investment interest expense | | 13c | |
| | d | Section 59(e)(2) expenditures:  (1) Type: | (2) Amount | 13d(2) | |
| | e | Other deductions (see instructions) Type: | | 13e | |
| **Self-Employ-ment** | 14a | Net earnings (loss) from self-employment | | 14a | -65,748. |
| | b | Gross farming or fishing income | | 14b | |
| | c | Gross nonfarm income | | 14c | 198,543. |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) | | 15a | |
| | b | Low-income housing credit (other) | | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 15c | |
| | d | Other rental real estate credits (see instructions) Type: | | 15d | |
| | e | Other rental credits (see instructions) Type: | | 15e | |
| | f | Other credits (see instructions) Type: | | 15f | |
| **Inter-national** | 16 | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance | ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | | 17a | |
| | b | Adjusted gain or loss | | 17b | |
| | c | Depletion (other than oil and gas) | | 17c | |
| | d | Oil, gas, and geothermal properties - gross income | | 17d | |
| | e | Oil, gas, and geothermal properties - deductions | | 17e | |
| | f | Other AMT items (attach statement)       SEE STATEMENT 7 | | 17f | -108,278. |
| **Other Information** | 18a | Tax-exempt interest income | | 18a | |
| | b | Other tax-exempt income | | 18b | |
| | c | Nondeductible expenses                   SEE STATEMENT 8 | | 18c | 32,303. |
| | 19a | Distributions of cash and marketable securities | | 19a | 483,327. |
| | b | Distributions of other property | | 19b | |
| | 20a | Investment income | | 20a | 1,928. |
| | b | Investment expenses | | 20b | |
| | c | Other items and amounts (attach statement)       STMT 9 | | | |
| | 21 | Total foreign taxes paid or accrued | | 21 | |

311042 12-18-23                                                                 Form **1065** (2023)

## Analysis of Net Income (Loss) per Return

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** Net Income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, and 21 | | | | | **1** | **-198,477.** |

| **2** Analysis by partner type: | **(i)** Corporate | **(ii)** Individual (active) | **(iii)** Individual (passive) | **(iv)** Partnership | **(v)** Exempt Organization | **(vi)** Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | | | | |
| **b** Limited partners | | -198,477. | | | | |

## Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| **1** Cash | | 468,857. | | 405,437. |
| **2a** Trade notes and accounts receivable | 759,423. | | 114,971. | |
| **b** Less allowance for bad debts | | 759,423. | | 114,971. |
| **3** Inventories | | | | |
| **4** U.S. Government obligations | | | | |
| **5** Tax-exempt securities | | | | |
| **6** Other current assets (attach statement) | STATEMENT 10 | 2,165,713. | | 2,359,879. |
| **7a** Loans to partners (or persons related to partners) | | 329,588. | | 112,288. |
| **b** Mortgage and real estate loans | | | | |
| **8** Other investments (attach statement) | STATEMENT 11 | 50,000. | | 0. |
| **9a** Buildings and other depreciable assets | 23,113. | | 23,113. | |
| **b** Less accumulated depreciation | 23,113. | | 23,113. | |
| **10a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **11** Land (net of any amortization) | | | | |
| **12a** Intangible assets (amortizable only) | | | | |
| **b** Less accumulated amortization | | | | |
| **13** Other assets (attach statement) | | | | |
| **14** Total assets | | 3,773,581. | | 2,992,575. |
| **Liabilities and Capital** | | | | |
| **15** Accounts payable | | 798,514. | | 350,941. |
| **16** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **17** Other current liabilities (attach statement) | STATEMENT 12 | 2,964,968. | | 3,294,075. |
| **18** All nonrecourse loans | | | | |
| **19a** Loans from partners (or persons related to partners) | | | | |
| **b** Mortgages, notes, bonds payable in 1 year or more | | | | |
| **20** Other liabilities (attach statement) | | | | |
| **21** Partners' capital accounts | | 10,099. | | -652,441. |
| **22** Total liabilities and capital | | 3,773,581. | | 2,992,575. |

## Schedule M-1 | Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

Note: The partnership may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| **1** Net income (loss) per books | -230,780. | **6** Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | **a** Tax-exempt interest $ | | |
| **3** Guaranteed payments (other than health insurance) | | **7** Deductions included on Schedule K, lines 1 through 13e, and 21, not charged against book income this year (itemize): | | |
| **4** Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, and 21 (itemize): | | **a** Depreciation $ | | |
| STMT 13      24,143. | | | | |
| **a** Depreciation $ | | **8** Add lines 6 and 7 | | |
| **b** Travel and entertainment $   8,160. | 32,303. | **9** Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | -198,477. |
| **5** Add lines 1 through 4 | -198,477. | | | |

## Schedule M-2 | Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| **1** Balance at beginning of year | -1,145,027. | **6** Distributions:  **a** Cash | | 483,327. |
| **2** Capital contributed:  **a** Cash | 51,567. | **b** Property | | |
| **b** Property | | **7** Other decreases (itemize): | | |
| **3** Net income (loss) (see instructions) | -198,477. | STMT 14 | | 32,303. |
| **4** Other increases (itemize): | | **8** Add lines 6 and 7 | | 515,630. |
| **5** Add lines 1 through 4 | -1,291,937. | **9** Balance at end of year. Subtract line 8 from line 5 | | -1,807,567. |

311043 12-18-23

Form **1065** (2023)

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

Name | Employer identification number

ASHMARK CONSTRUCTION, LLC

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) SEE STATEMENT 16 | 5 | 3,380,373. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 3,380,373. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 3,380,373. |

**9a** Check all methods for valuing closing inventory:

   (i) ☐ Cost

   (ii) ☐ Lower of cost or market

   (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ............................................................ ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............ ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d | |

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ............ ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............ ☐ Yes ☒ No
   If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

324441
04-01-23    LHA

## Worksheet for Figuring Net Earnings (Loss) From Self-Employment

| Name of partnership | | | Employer identification number |
|---|---|---|---|
| **ASHMARK CONSTRUCTION, LLC** | | | ████████ |

| | | | |
|---|---|---|---|
| 1 a Ordinary income (loss) (Schedule K, line 1) ............................................. | 1a | -197,245. | |
| b Net income (loss) from **CERTAIN** rental real estate activities ........................ | 1b | | |
| c Net income (loss) from other rental activities (Schedule K, line 3c) ................ | 1c | | |
| d Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount ......................................................................................... | 1d | | |
| e Other additions ........................................................................................ | 1e | | |
| f Combine lines 1a through 1e ...................................................................... | 1f | -197,245. | |
| 2 a Net gain from Form 4797, Part II, line 17, included on line 1a above ............... | 2a | | |
| b Other subtractions .................................................................................... | 2b | | |
| c Add lines 2a and 2b .................................................................................. | 2c | | |
| 3 a Subtract line 2c from line 1f. If line 1f is a loss, increase the loss on line 1f by the amount on line 2c ............................................................................................ | 3a | -197,245. | |
| b Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs ............................................................................. | 3b | -131,497. | |
| c Subtract line 3b from line 3a | | 3c | -65,748. |
| 4 a Guaranteed payments to partners (Schedule K, line 4a) derived from a trade or business as defined in section 1402(c) ...................................................................... | 4a | | |
| b Part of line 4a allocated to individual limited partners for **other than** services and to estates, trusts, corporations, exempt organizations, and IRAs .......................... | 4b | | |
| c Subtract line 4b from line 4a | | 4c | |
| 5 Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 14a ...................... | | 5 | -65,748. |

312161
04-01-23

ASHMARK CONSTRUCTION, LLC

# Qualified Business Income (Section 199A)

20-2133037

| SSTB | PTP | Description | EIN | Ordinary Business Income (Loss) | Rental Income (Loss) | Royalty Income (Loss) | Section 1231 Gain (Loss) | Other Income (Loss) | Section 179 Deduction |
|------|-----|-------------|-----|--------------------------------|---------------------|----------------------|-------------------------|--------------------|----------------------|
| | | | | -197,245. | | | | | |
| | | TOTAL | | -197,245. | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| SSTB | PTP | Description | Other Deductions | W-2 Wages | Unadjusted Basis of Assets | Cooperative | | Reserved | Reserved |
|------|-----|-------------|------------------|-----------|----------------------------|-------------|----------|----------|----------|
| | | | | | | Qualified Business Income | W-2 Wages | | |
| | | | | | 9,379. | | | | |
| | | TOTAL | | | 9,379. | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Qualified REIT dividends ........................................ _____

314821 04-01-23

Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Ashmark Construction, LLC
5640 W. Maple, Suite 300
West Bloomfield, MI  48322

Employer Identification Number:  20-2133037

For the Year Ending December 31, 2023

Ashmark Construction, LLC is making the de minimis safe harbor
election under Reg. Sec. 1.263(a)-1(f).

ASHMARK CONSTRUCTION, LLC

| | FOOTNOTES | STATEMENT 1 |
|---|---|---|

PAGE 1, BOX H ACCOUNTING METHOD:
PERCENTAGE OF COMPLETION, COMPLETED CONTRACT,
ACCRUAL LESS RETAINAGE, CASH, ACCRUAL,
AND 10% ELECTIVE DEFERRAL METHOD

| FORM 1065 | OTHER INCOME | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| STATE INCOME TAX RETURN | 36,057. |
| TOTAL TO FORM 1065, LINE 7 | 36,057. |

| FORM 1065 | TAX EXPENSE | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| MICHIGAN TAXES - BASED ON INCOME | 12,206. |
| TOTAL TO FORM 1065, LINE 14 | 12,206. |

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ADVERTISING | 120. |
| BANK SERVICE CHARGES | 450. |
| BLUEPRINTING | 7,211. |
| DUES & SUBSCRIPTIONS | 29,032. |
| EMPLOYEE LEASING | 440,103. |
| INSURANCE - GENERAL | 52,114. |
| LEGAL AND ACCOUNTING | 158,314. |
| MEALS | 8,161. |
| MISC EXPENSE | 21,550. |
| OFFICE EXPENSE | 32,049. |
| TELEPHONE | 6,098. |
| TRAVEL EXPENSE | 13,041. |
| TOTAL TO FORM 1065, LINE 20 | 768,243. |

ASHMARK CONSTRUCTION, LLC

| SCHEDULE K | INTEREST INCOME | STATEMENT 5 |

| DESCRIPTION | U.S. BONDS | OTHER |
| --- | --- | --- |
| INTEREST | | 1,928. |
| TOTAL TO SCHEDULE K, LINE 5 | | 1,928. |

| SCHEDULE K | CHARITABLE CONTRIBUTIONS | STATEMENT 6 |

| DESCRIPTION | TYPE | AMOUNT |
| --- | --- | --- |
| CONTRIBUTIONS | CASH (60%) | 3,160. |
| TOTALS TO SCHEDULE K, LINE 13A | | 3,160. |

| SCHEDULE K | OTHER ADJUSTMENTS AND TAX PREFERENCE ITEMS | STATEMENT 7 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| LONG-TERM CONTRACTS | -108,278. |
| TOTAL TO SCHEDULE K, LINE 17F | -108,278. |

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT 8 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 8,160. |
| OFFICER LIFE INSURANCE | 24,143. |
| TOTAL TO SCHEDULE K, LINE 18C | 32,303. |

ASHMARK CONSTRUCTION, LLC

| SCHEDULE K | OTHER ITEMS | STATEMENT 9 |
| --- | --- | --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | 595,630. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTIONS | 792,875. |
| SECTION 199A - ORDINARY INCOME (LOSS) | -197,245. |
| SECTION 199A UNADJUSTED BASIS OF ASSETS | 9,379. |
| BUSINESS INTEREST EXPENSE | 1,026. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 10 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| COSTS ON UNCOMPLETED JOBS | 2,122,232. | 2,359,879. |
| EMPLOYEE RETENTION CREDIT RECEIVABLE | 43,481. | 0. |
| TOTAL TO SCHEDULE L, LINE 6 | 2,165,713. | 2,359,879. |

| SCHEDULE L | OTHER INVESTMENTS | STATEMENT 11 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| NOTE RECEIVABLE ASHMARK CONSTRUCTION CONTRACTORS | 50,000. | 0. |
| TOTAL TO SCHEDULE L, LINE 8 | 50,000. | 0. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 12 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| BILLINGS ON UNCOMPLETED JOBS | 2,964,968. | 3,294,075. |
| TOTAL TO SCHEDULE L, LINE 17 | 2,964,968. | 3,294,075. |

STATEMENT(S) 9, 10, 11, 12

ASHMARK CONSTRUCTION, LLC

| SCHEDULE M-1  EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN | STATEMENT 13 |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OFFICER LIFE INSURANCE | 24,143. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 24,143. |

| SCHEDULE M-2                    OTHER DECREASES | STATEMENT 14 |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| NONDEDUCTIBLE EXPENSES | 32,303. |
| TOTAL TO SCHEDULE M-2, LINE 7 | 32,303. |

| SCHEDULES M-2/L   RECONCILIATION OF SCHEDULE M-2 AND SCHEDULE L | | STATEMENT 15 |
|---|---|---|

| DESCRIPTION | BALANCE AT BEGINNING OF THE YEAR | BALANCE AT END OF YEAR |
|---|---|---|
| SCHEDULE M-2 BALANCES | -1,145,027. | -1,807,567. |
| ACCRUED PAYABLES | 1,155,126. | 1,155,126. |
| TOTAL RECONCILED SCHEDULE M-2 BALANCES | 10,099. | -652,441. |
| SCHEDULE L, LINE 21, PARTNERS' CAPITAL ACCOUNTS | 10,099. | -652,441. |

| FORM 1125-A                    OTHER COSTS | STATEMENT 16 |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| SUBCONTRACTING | 3,342,011. |
| OTHER CONSTRUCTION COSTS | 2,272. |
| VEHICLE EXPENSES | 36,090. |
| TOTAL TO LINE 5 | 3,380,373. |

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2023**
For calendar year 2023, or tax year

beginning _____

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

| Final K-1 | Amended K-1 | OMB No. 1545-0123 |

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | |
|---|---|
| **1** Ordinary business income (loss)  −65,748. | **14** Self-employment earnings (loss)  **A**  0. |
| **2** Net rental real estate income (loss) | **15** Credits |
| **3** Other net rental income (loss) | |
| **4a** Guaranteed payments for services | **16** Schedule K-3 is attached if checked |
| **4b** Guaranteed payments for capital | **17** Alternative min tax (AMT) items  **F***  −36,093. |
| **4c** Total guaranteed payments | |
| **5** Interest income  643. | **18** Tax-exempt income and nondeductible expenses |
| **6a** Ordinary dividends | **C***  STMT |
| **6b** Qualified dividends | **19** Distributions  **A**  134,700. |
| **6c** Dividend equivalents | |
| **7** Royalties | **20** Other information  **A**  643. |
| **8** Net short-term capital gain (loss) | **N** *  342.  **Z** *  STMT |
| **9a** Net long-term capital gain (loss) | **AJ** *  STMT |
| **9b** Collectibles (28%) gain (loss) | |
| **9c** Unrecaptured section 1250 gain | |
| **10** Net section 1231 gain (loss) | |
| **11** Other income (loss) | **21** Foreign taxes paid or accrued |
| **12** Section 179 deduction | |
| **13** Other deductions  **A**  1,053. | |
| | **22** More than one activity for at-risk purposes* |
| | **23** More than one activity for passive activity purposes* |
| | *See attached statement for additional information. |

### Part I  Information About the Partnership

**A** Partnership's employer identification number

**B** Partnership's name, address, city, state, and ZIP code

ASHMARK CONSTRUCTION, LLC
5640 W. MAPLE, SUITE 300
WEST BLOOMFIELD, MI  48322

**C** IRS center where partnership filed return:
E-FILE

**D**  ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, and ZIP code for partner entered in E. See instructions.

MARC WEINBAUM REVOCABLE TRUST

**G**  ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1**  ☒ Domestic partner   ☐ Foreign partner

**H2**  ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 33.3333340 % | 33.3333340 % |
| Loss | 33.3333340 % | 33.3333340 % |
| Capital | 33.3333340 % | 33.3333340 % |

Check if decrease is due to:
☐ Sale or  ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 1,254,494. | $ 1,215,005. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

**K2** ☐ Check this box if Item K1 includes liability amounts from lower-tier partnerships

**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

**L**  Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ −128,739. |
| Capital contributed during the year | $ 17,189. |
| Current year net income (loss) | $ −76,926. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( 134,700.) |
| Ending capital account | $ −323,176. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........ $ _____
Ending ........... $ _____

For IRS Use Only

EXHIBIT
25
tabbies*

ASHMARK CONSTRUCTION, LLC                                    20-2133037

| SCHEDULE K-1 | OTHER ALTERNATIVE MINIMUM TAX (AMT) ITEMS, BOX 17, CODE F | |
|---|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| LONG-TERM CONTRACTS ENTERED INTO AFTER 2/28/86 | SEE IRS SCH. K-1 INSTRUCTIONS | -36,093. |
| TOTAL TO SCHEDULE K-1, BOX 17, CODE F | | -36,093. |

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 18, CODE C | |
|---|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 2,720. |
| OFFICER LIFE INSURANCE | | 8,048. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 10,768. |

| SCHEDULE K-1 | BUSINESS INTEREST EXPENSE, BOX 20, CODE N | |
|---|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| BUSINESS INTEREST EXPENSE (INCLUDED IN ORDINARY BUSINESS INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 342. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 342. |

| SCHEDULE K-1 | EXCESS BUSINESS LOSS LIMITATION BOX 20, CODE AJ | |
|---|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | SEE IRS SCH. K-1 INSTRUCTIONS | 198,543. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTION | SEE IRS SCH. K-1 INSTRUCTIONS | 264,292. |

PARTNER NUMBER 1

ASHMARK CONSTRUCTION, LLC

| SCHEDULE K-1 | SECTION 199A INFORMATION, BOX 20, CODE Z |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|

TRADE OR BUSINESS -

|  | |
|---|---|
| ORDINARY INCOME (LOSS) | -65,748. |
| UNADJUSTED BASIS OF ASSETS | 3,126. |

| SCHEDULE K-1 | SECTION 199A ADDITIONAL INFORMATION |
|---|---|

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

| SCHEDULE K-1 | CURRENT YEAR NET INCOME (LOSS) AND OTHER INCREASES(DECREASES) |
|---|---|

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -65,748. | |
| INTEREST INCOME | 643. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -65,105. |
| CHARITABLE CONTRIBUTIONS | -1,053. | |
| NONDEDUCTIBLE EXPENSES | -10,768. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -11,821. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -76,926. |

ASHMARK CONSTRUCTION, LLC

| SCHEDULE K-1 | FOOTNOTES |
|---|---|

THE ENTITY ELECTED AND PAID MICHIGAN FLOW-THROUGH ENTITY TAX
FOR THE YEAR ENDED

PLEASE CONSULT YOUR TAX ADVISOR.

| | |
|---|---|
| MICHIGAN SALES | 1,313,315. |
| TOTAL SALES | 1,313,315. |
| SHARE OF INCOME TAXES ADDED BACK IN DETERMINING INCOME TAX BASE | 7,667. |
| SHARE OF MICHIGAN FLOW-THROUGH ENTITY REFUND RECEIVED DURING THE TAX YEAR | 15,617. |
| MICHIGAN FLOW-THROUGH ENTITY TAX PAID BY INITIAL DUE DATE OF RETURN | 7,667. |
| MICHIGAN FLOW-THROUGH ENTITY TAX IMPOSED FOR ANY PRIOR YEAR AND PAID IN CURRENT YEAR | 0. |
| MICHIGAN FLOW-THROUGH ENTITY TAX ALLOCATED TO ENTITY BY OTHER FLOW-THROUGH ENTITIES | 0. |

| SCHEDULE K-1 | SCHEDULE K-3 NOTIFICATION |
|---|---|

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

PARTNER NUMBER 1

**Schedule K-1
(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2023**
For calendar year 2023, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

☐ Final K-1     ☐ Amended K-1     OMB No. 1545-0123

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | −65,749. | **14** Self-employment earnings (loss) |
| **2** Net rental real estate income (loss) | | A          0. |
| **3** Other net rental income (loss) | | **15** Credits |
| **4a** Guaranteed payments for services | | **16** Schedule K-3 is attached if checked ............... ☐ |
| **4b** Guaranteed payments for capital | | **17** Alternative min tax (AMT) items |
| **4c** Total guaranteed payments | | F*        −36,092. |
| **5** Interest income          642. | | **18** Tax-exempt income and nondeductible expenses |
| **6a** Ordinary dividends | | C*            STMT |
| **6b** Qualified dividends | | **19** Distributions |
| **6c** Dividend equivalents | | A      134,700. |
| **7** Royalties | | **20** Other information |
| **8** Net short-term capital gain (loss) | | A            642. |
| **9a** Net long-term capital gain (loss) | | N*            342. |
| | | Z*            STMT |
| **9b** Collectibles (28%) gain (loss) | | AJ*           STMT |
| **9c** Unrecaptured section 1250 gain | | |
| **10** Net section 1231 gain (loss) | | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued |
| **13** Other deductions | | |
| A          1,054 | | |

### Part I   Information About the Partnership

**A** Partnership's employer identification number

**B** Partnership's name, address, city, state, and ZIP code

ASHMARK CONSTRUCTION, LLC
5640 W. MAPLE, SUITE 300
WEST BLOOMFIELD, MI   48322

**C** IRS center where partnership filed return:

E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, and ZIP code for partner entered in E. See instructions.

ASHLEY ISRAEL REVOCABLE TRUST

**G** ☐ General partner or LLC member-manager     ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner     ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ............ ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 33.3333330 % | 33.3333330 % |
| Loss | 33.3333330 % | 33.3333330 % |
| Capital | 33.3333330 % | 33.3333330 % |

Check if decrease is due to:

☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 1,254,494. | $ 1,215,006. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

**K2** Check this box if Item K-1 includes liability amounts from lower-tier partnerships ☐

**K3** Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions ☐

### L   Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $  −153,953. |
| Capital contributed during the year | $    17,189. |
| Current year net income (loss) | $   −76,928. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $(  134,700.) |
| Ending capital account | $  −348,392. |

**M** Did the partner contribute property with a built-in gain (loss)?

☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)

Beginning ......... $ _____
Ending ......... $ _____

**22** ☐ More than one activity for at-risk purposes*

**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

LHA   For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   311261 12-09-23   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2023**

ASHMARK CONSTRUCTION, LLC

| SCHEDULE K-1 | OTHER ALTERNATIVE MINIMUM TAX (AMT)<br>ITEMS, BOX 17, CODE F | |
|---|---|---|
| **DESCRIPTION** | **PARTNER FILING INSTRUCTIONS** | **AMOUNT** |
| LONG-TERM CONTRACTS ENTERED<br>INTO AFTER 2/28/86 | SEE IRS SCH. K-1 INSTRUCTIONS | -36,092. |
| TOTAL TO SCHEDULE K-1, BOX 17, CODE F | | -36,092. |

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 18, CODE C | |
|---|---|---|
| **DESCRIPTION** | **PARTNER FILING INSTRUCTIONS** | **AMOUNT** |
| EXCLUDED MEALS AND<br>ENTERTAINMENT EXPENSES<br>OFFICER LIFE INSURANCE | NONDEDUCTIBLE PORTION | 2,720.<br>8,047. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 10,767. |

| SCHEDULE K-1 | BUSINESS INTEREST EXPENSE, BOX 20, CODE N | |
|---|---|---|
| **DESCRIPTION** | **PARTNER FILING INSTRUCTIONS** | **AMOUNT** |
| BUSINESS INTEREST EXPENSE<br>(INCLUDED IN ORDINARY BUSINESS<br>INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 342. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 342. |

| SCHEDULE K-1 | EXCESS BUSINESS LOSS LIMITATION<br>BOX 20, CODE AJ | |
|---|---|---|
| **DESCRIPTION** | **PARTNER FILING INSTRUCTIONS** | **AMOUNT** |
| AGGREGATE BUSINESS ACTIVITY<br>GROSS INCOME OR GAIN | SEE IRS SCH. K-1 INSTRUCTIONS | 198,544. |
| AGGREGATE BUSINESS ACTIVITY<br>DEDUCTION | SEE IRS SCH. K-1 INSTRUCTIONS | 264,291. |

ASHMARK CONSTRUCTION, LLC

███████████

| SCHEDULE K-1 | SECTION 199A INFORMATION, BOX 20, CODE Z |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS – | |
|    ORDINARY INCOME (LOSS) | -65,749. |
|    UNADJUSTED BASIS OF ASSETS | 3,127. |

| SCHEDULE K-1 | SECTION 199A ADDITIONAL INFORMATION |
|---|---|

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

| SCHEDULE K-1 | CURRENT YEAR NET INCOME (LOSS) AND OTHER INCREASES(DECREASES) | |
|---|---|---|

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -65,749. | |
| INTEREST INCOME | 642. | |
|    SCHEDULE K-1 INCOME SUBTOTAL | | -65,107. |
| CHARITABLE CONTRIBUTIONS | -1,054. | |
| NONDEDUCTIBLE EXPENSES | -10,767. | |
|    SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -11,821. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -76,928. |

ASHMARK CONSTRUCTION, LLC

---

| SCHEDULE K-1 | FOOTNOTES |
|---|---|

THE ENTITY ELECTED AND PAID MICHIGAN FLOW-THROUGH ENTITY TAX
FOR THE YEAR ENDED

PLEASE CONSULT YOUR TAX ADVISOR.

| | |
|---|---|
| MICHIGAN SALES | 1,313,316. |
| TOTAL SALES | 1,313,316. |
| SHARE OF INCOME TAXES ADDED BACK IN DETERMINING INCOME TAX BASE | 7,666. |
| SHARE OF MICHIGAN FLOW-THROUGH ENTITY REFUND RECEIVED DURING THE TAX YEAR | 15,617. |
| MICHIGAN FLOW-THROUGH ENTITY TAX PAID BY INITIAL DUE DATE OF RETURN | 7,666. |
| MICHIGAN FLOW-THROUGH ENTITY TAX IMPOSED FOR ANY PRIOR YEAR AND PAID IN CURRENT YEAR | 0. |
| MICHIGAN FLOW-THROUGH ENTITY TAX ALLOCATED TO ENTITY BY OTHER FLOW-THROUGH ENTITIES | 0. |

---

| SCHEDULE K-1 | SCHEDULE K-3 NOTIFICATION |
|---|---|

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2023**
For calendar year 2023, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| 1 | Ordinary business income (loss) −65,748. | 14 | Self-employment earnings (loss) |
| | | A | −65,748. |
| 2 | Net rental real estate income (loss) | C | 198,543. |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | 16 | Schedule K-3 is attached if checked ................. ☐ |
| 4b | Guaranteed payments for capital | 17 | Alternative min tax (AMT) items |
| | | F* | −36,093. |
| 4c | Total guaranteed payments | | |
| 5 | Interest income 643. | 18 | Tax-exempt income and nondeductible expenses |
| 6a | Ordinary dividends | C* | STMT |
| 6b | Qualified dividends | **19** | **Distributions** |
| 6c | Dividend equivalents | A | **213,927.** |
| 7 | Royalties | 20 | Other information |
| | | A | 643. |
| 8 | Net short-term capital gain (loss) | N | * 342. |
| | | Z | * STMT |
| 9a | Net long-term capital gain (loss) | AJ | * STMT |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| A | 1,053 | | |
| | | 22 | ☐ More than one activity for at-risk purposes* |
| | | 23 | ☐ More than one activity for passive activity purposes* |
| | | *See attached statement for additional information. |

**Part I** Information About the Partnership

**A** Partnership's employer identification number

▇▇▇▇▇▇▇▇▇

**B** Partnership's name, address, city, state, and ZIP code

ASHMARK CONSTRUCTION, LLC
5640 W. MAPLE, SUITE 300
WEST BLOOMFIELD, MI   48322

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II** Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

▇▇▇▇▇▇▇▇▇

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MARTIN RENEL
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 33.3333330 % | 33.3333330 % |
| Loss | 33.3333330 % | 33.3333330 % |
| Capital | 33.3333330 % | 33.3333330 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse $ | 1,254,494. | $ 1,215,005. |
| Qualified nonrecourse financing $ | | $ |
| Recourse $ | 0. | $ 0. |

**K2** ☐ Check this box if Item K1 includes liability amounts from lower-tier partnerships

**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ −862,335. |
| Capital contributed during the year | $ 17,189. |
| Current year net income (loss) | $ −76,926. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( 213,927. ) |
| Ending capital account | $ −1,135,999. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)

Beginning _____
Ending _____

For IRS Use Only

LHA   For Paperwork Reduction Act Notice, see the Instructions for Form 1065    311261 12-09-23    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2023**

ASHMARK CONSTRUCTION, LLC

| SCHEDULE K-1 | OTHER ALTERNATIVE MINIMUM TAX (AMT) ITEMS, BOX 17, CODE F | |
|---|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| LONG-TERM CONTRACTS ENTERED INTO AFTER 2/28/86 | SEE IRS SCH. K-1 INSTRUCTIONS | -36,093. |
| TOTAL TO SCHEDULE K-1, BOX 17, CODE F | | -36,093. |

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 18, CODE C | |
|---|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 2,720. |
| OFFICER LIFE INSURANCE | | 8,048. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 10,768. |

| SCHEDULE K-1 | BUSINESS INTEREST EXPENSE, BOX 20, CODE N | |
|---|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| BUSINESS INTEREST EXPENSE (INCLUDED IN ORDINARY BUSINESS INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 342. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 342. |

| SCHEDULE K-1 | EXCESS BUSINESS LOSS LIMITATION BOX 20, CODE AJ | |
|---|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | SEE IRS SCH. K-1 INSTRUCTIONS | 198,543. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTION | SEE IRS SCH. K-1 INSTRUCTIONS | 264,292. |

ASHMARK CONSTRUCTION, LLC

---

| SCHEDULE K-1 | SECTION 199A INFORMATION, BOX 20, CODE Z |
| --- | --- |

| DESCRIPTION | AMOUNT |
| --- | --- |

TRADE OR BUSINESS -

| | |
| --- | --- |
| ORDINARY INCOME (LOSS) | -65,748. |
| SELF-EMPLOYMENT EARNINGS(LOSS) | -65,748. |
| UNADJUSTED BASIS OF ASSETS | 3,126. |

---

| SCHEDULE K-1 | SECTION 199A ADDITIONAL INFORMATION |
| --- | --- |

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

---

| SCHEDULE K-1 | CURRENT YEAR NET INCOME (LOSS) AND<br>OTHER INCREASES(DECREASES) |
| --- | --- |

| DESCRIPTION | AMOUNT | TOTALS |
| --- | --- | --- |
| ORDINARY INCOME (LOSS) | -65,748. | |
| INTEREST INCOME | 643. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -65,105. |
| CHARITABLE CONTRIBUTIONS | -1,053. | |
| NONDEDUCTIBLE EXPENSES | -10,768. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -11,821. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -76,926. |

PARTNER NUMBER 3

ASHMARK CONSTRUCTION, LLC

---

| SCHEDULE K-1 | FOOTNOTES |
| --- | --- |

---

THE ENTITY ELECTED AND PAID MICHIGAN FLOW-THROUGH ENTITY TAX
FOR THE YEAR ENDED

PLEASE CONSULT YOUR TAX ADVISOR.

| | |
| --- | --- |
| MICHIGAN SALES | 1,313,315. |
| TOTAL SALES | 1,313,315. |
| SHARE OF INCOME TAXES ADDED BACK IN DETERMINING INCOME TAX BASE | 7,667. |
| SHARE OF MICHIGAN FLOW-THROUGH ENTITY REFUND RECEIVED DURING THE TAX YEAR | 15,617. |
| MICHIGAN FLOW-THROUGH ENTITY TAX PAID BY INITIAL DUE DATE OF RETURN | 7,667. |
| MICHIGAN FLOW-THROUGH ENTITY TAX IMPOSED FOR ANY PRIOR YEAR AND PAID IN CURRENT YEAR | 0. |
| MICHIGAN FLOW-THROUGH ENTITY TAX ALLOCATED TO ENTITY BY OTHER FLOW-THROUGH ENTITIES | 0. |

---

| SCHEDULE K-1 | SCHEDULE K-3 NOTIFICATION |
| --- | --- |

---

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

PARTNER NUMBER 3