EXTENSION GRANTED TO 09/15/25

Form **1065**

**U.S. Return of Partnership Income**

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

For calendar year 2024, or tax year beginning _____ , ending _____ , _____
Go to www.irs.gov/Form1065 for instructions and the latest information.

**2024**

| | | |
|---|---|---|
| **A** Principal business activity | Name of partnership | **D** Employer identification number |
| CONSTRUCTION | ASHMARK CONSTRUCTION, LLC | |
| **B** Principal product or service | Type or Print — Number, street, and room or suite no. If a P.O. box, see instructions. | **E** Date business started |
| CONTRACTOR | 5640 W. MAPLE, SUITE 300 | 01/06/2005 |
| **C** Business code number | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets (see instr.) |
| 236200 | WEST BLOOMFIELD          MI 48322 | $ 5,771,764. |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

**H** Check accounting method: (1) ☐ Cash (2) ☐ Accrual (3) ☒ Other (specify) SEE STATEMENT

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ........ 3

**J** Check if Schedules C and M-3 are attached ............................................................................. ☐

**K** Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 23 below. See instructions for more information.

**Income**

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 2,397,387. | |
| b | Less returns and allowances | | c Balance |
| | | **1c** | 2,397,387. |
| 2 | Cost of goods sold (attach Form 1125-A) | **2** | 2,496,990. |
| 3 | Gross profit. Subtract line 2 from line 1c | **3** | -99,603. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | **4** | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | **5** | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **6** | |
| 7 | Other income (loss) (attach statement)          SEE STATEMENT 2 | **7** | 971,555. |
| 8 | **Total income (loss).** Combine lines 3 through 7 | **8** | 871,952. |

**Deductions (see instructions for limitations)**

| | | | |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | **9** | |
| 10 | Guaranteed payments to partners | **10** | |
| 11 | Repairs and maintenance | **11** | |
| 12 | Bad debts | **12** | |
| 13 | Rent | **13** | 12,350. |
| 14 | Taxes and licenses          SEE STATEMENT 3 | **14** | 500. |
| 15 | Interest (see instructions) | **15** | 330. |
| 16a | Depreciation (if required, attach Form 4562) | 16a | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | |
| | | **16c** | |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | **17** | |
| 18 | Retirement plans, etc. | **18** | |
| 19 | Employee benefit programs | **19** | |
| 20 | Energy efficient commercial buildings deduction (attach Form 7205) | **20** | |
| 21 | Other deductions (attach statement)          SEE STATEMENT 4 | **21** | 491,726. |
| 22 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21 | **22** | 504,906. |
| 23 | **Ordinary business income (loss).** Subtract line 22 from line 8 | **23** | 367,046. |

**Tax and Payment**

| | | | |
|---|---|---|---|
| 24 | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | **24** | |
| 25 | Interest due under the look-back method-income forecast method (attach Form 8866) | **25** | |
| 26 | BBA AAR imputed underpayment (see instructions) | **26** | |
| 27 | Other taxes (see instructions) | **27** | |
| 28 | **Total balance due.** Add lines 24 through 27 | **28** | |
| 29 | Elective payment election amount from Form 3800 | **29** | |
| 30 | Payment (see instructions) | **30** | |
| 31 | **Amount owed.** If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | **31** | |
| 32 | **Overpayment.** If the sum of line 29 and line 30 is larger than line 28, enter overpayment | **32** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

_____
Signature of partner or limited liability company member          Date

May the IRS discuss this return with the preparer shown below? See instr.
☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
| JOHN J. GALLO | JOHN J. GALLO | 05/06/25 | | |
| Firm's name | UHY ADVISORS GREAT LAKES, INC. | | Firm's EIN | |
| Firm's address | 27725 STANSBURY BLVD., SUITE 210 | | | |
| | FARMINGTON HILLS, MI 48334 | | Phone no. (248 | |

For Paperwork Reduction Act Notice, see separate instructions.          LHA          411001 12-06-24

EXHIBIT 26

tabbies®

## Schedule B | Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return?  Check the applicable box: | | |

| **a** | ☐ Domestic general partnership | **b** | ☐ Domestic limited partnership |
|---|---|---|---|
| **c** | ☒ Domestic limited liability company | **d** | ☐ Domestic limited liability partnership |
| **e** | ☐ Foreign partnership | **f** | ☐ Other |

| | | | Yes | No |
|---|---|---|---|---|
| **2** | | At the end of the tax year: | | |
| | **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| | **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **3** | | At the end of the tax year, did the partnership: | | |
| | **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of corporation | (ii) Employer Identification number (if any) | (iii) Country of Incorporation | (iv) Percentage owned in voting stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | Yes | No |
|---|---|---|---|---|
| | **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of entity | (ii) Employer Identification number (if any) | (iii) Type of entity | (iv) Country of organization | (v) Maximum percentage owned in profit, loss, or capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **4** | | Does the partnership satisfy **all four** of the following conditions? | | |
| | **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| | **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| | **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| | **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | | At any time during calendar year 2024, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | X |
| **9** | | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10 a** | | Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election. See instructions for details regarding a section 754 election | | X |
| | **b** | For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount  $ _____ and the total aggregate net negative amount  $ (_____) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |

## Schedule B | Other Information *(continued)*

| | | Yes | No |
|---|---|---|---|
| c | For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount  $ _____  and the total aggregate net negative amount  $ ( _____ ) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |
| d | For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year  $ _____ . The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership _____ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return | | |
| 16 a | Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return | | |
| 18 | Enter the number of partners that are foreign governments under section 892 | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions _____ $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $30 million and the partnership has business interest expense. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 _____ $ | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership _____ | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. Percentage: _____ By vote _____ By value _____ | | X |
| 29 | Is the partnership required to file Form 7208 Excise Tax on Repurchase of Corporate Stock (see instructions): | | |
| a | Under the applicable foreign corporation rules? | | X |

411021 12-05-24                                                                 Form **1065** (2024)

| Schedule B | Other Information *(continued)* | | Yes | No |
|---|---|---|---|---|
| **b** | Under the covered surrogate foreign corporation rules? ........................................................................ | | | X |
| | If "Yes" to either (a) or (b), complete Form 7208, See the Instructions for Form 7208. | | | |
| **30** | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See instructions ........................................................................................................................................... | | | X |
| **31** | Reserved for future use ........................................................................................................................... | | | |
| **32** | Check this box if an election out of subchapter K under section 761 is being made. See instructions ........... | ☐ | | |
| **33** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ............................................................................................................. _____ | | | |
| | If "No," complete Designation of Partnership Representative below. | | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR   **MARC WEINBAUM**

| U.S. address of PR ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | U.S. phone number of PR ▬▬▬▬▬▬▬▬ |
|---|---|

If the PR is an entity, name of the designated individual for the PR

| U.S. address of designated individual _____ | U.S. phone number of designated individual |
|---|---|

411041 12-06-24

## Schedule K | Partners' Distributive Share Items

| | | | | | Total amount |
|---|---|---|---|---|---|
| | **1** | Ordinary business income (loss) (page 1, line 23) | | **1** | 367,046. |
| | **2** | Net rental real estate income (loss) (attach Form 8825) | | **2** | |
| | **3a** | Other gross rental income (loss) | 3a | | |
| | **b** | Expenses from other rental activities (attach statement) | 3b | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | |
| | **4** | Guaranteed payments: **a** Services **4a** | **b** Capital **4b** | | |
| | **c** | Total. Add lines 4a and 4b | | **4c** | |
| Income (Loss) | **5** | Interest income    SEE STATEMENT 5 | | **5** | 12. |
| | **6** | Dividends and dividend equivalents: **a** Ordinary dividends | | **6a** | |
| | | **b** Qualified dividends **6b** | **c** Dividend equivalents **6c** | | |
| | **7** | Royalties | | **7** | |
| | **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | **8** | |
| | **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | **9a** | |
| | **b** | Collectibles (28%) gain (loss) | 9b | | |
| | **c** | Unrecaptured section 1250 gain (attach statement) | 9c | | |
| | **10** | Net section 1231 gain (loss) (attach Form 4797) | | **10** | |
| | **11** | Other income (loss) (see instructions) Type: | | **11** | |
| Deductions | **12** | Section 179 deduction (attach Form 4562) | | **12** | |
| | **13a** | Cash contributions    SEE STATEMENT 6 | | **13a** | 100. |
| | **b** | Noncash contributions | | **13b** | |
| | **c** | Investment interest expense | | **13c** | |
| | **d** | Section 59(e)(2) expenditures: **(1)** Type: **(2)** Amount | | **13d(2)** | |
| | **e** | Other deductions (see instructions) Type: | | **13e** | |
| Self-Employ-ment | **14a** | Net earnings (loss) from self-employment | | **14a** | 122,349. |
| | **b** | Gross farming or fishing income | | **14b** | |
| | **c** | Gross nonfarm income | | **14c** | 290,651. |
| Credits | **15a** | Low-income housing credit (section 42(j)(5)) | | **15a** | |
| | **b** | Low-income housing credit (other) | | **15b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | **15c** | |
| | **d** | Other rental real estate credits (see instructions) Type: | | **15d** | |
| | **e** | Other rental credits (see instructions) Type: | | **15e** | |
| | **f** | Other credits (see instructions) Type: | | **15f** | |
| Inter-national | **16** | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ☐ | | | |
| Alternative Minimum Tax (AMT) Items | **17a** | Post-1986 depreciation adjustment | | **17a** | |
| | **b** | Adjusted gain or loss | | **17b** | |
| | **c** | Depletion (other than oil and gas) | | **17c** | |
| | **d** | Oil, gas, and geothermal properties - gross income | | **17d** | |
| | **e** | Oil, gas, and geothermal properties - deductions | | **17e** | |
| | **f** | Other AMT items (attach statement)    SEE STATEMENT 7 | | **17f** | 300,837. |
| Other Information | **18a** | Tax-exempt interest income | | **18a** | |
| | **b** | Other tax-exempt income | | **18b** | |
| | **c** | Nondeductible expenses    SEE STATEMENT 8 | | **18c** | 13,683. |
| | **19a** | Distributions of cash and marketable securities | | **19a** | 106,620. |
| | **b** | Distributions of other property | | **19b** | |
| | **20a** | Investment income | | **20a** | 12. |
| | **b** | Investment expenses | | **20b** | |
| | **c** | Other items and amounts (attach statement)    STMT 9 | | | |
| | **21** | Total foreign taxes paid or accrued | | **21** | |

411042 12-06-24

Form **1065** (2024)

## Analysis of Net Income (Loss) per Return

**1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, and 21 ........... **1** | 366,958.

**2** Analysis by partner type:

| | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | 366,958. | | | | |

## Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 405,437. | | 144,518. |
| 2a Trade notes and accounts receivable | 114,971. | | 590,306. | |
| b Less allowance for bad debts | | 114,971. | | 590,306. |
| 3 Inventories | | | | |
| 4 U.S. Government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | STATEMENT 10 | 2,359,879. | | 4,964,652. |
| 7a Loans to partners (or persons related to partners) | | 112,288. | | 72,288. |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | 23,113. | | 23,113. | |
| b Less accumulated depreciation | 23,113. | | 23,113. | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | | | | |
| 14 Total assets | | 2,992,575. | | 5,771,764. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | 350,941. | | 498,316. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | STATEMENT 11 | 3,294,075. | | 5,679,234. |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach statement) | | | | |
| 21 Partners' capital accounts | | −652,441. | | −405,786. |
| 22 Total liabilities and capital | | 2,992,575. | | 5,771,764. |

## Schedule M-1 | Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 353,275. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a Tax-exempt interest $ ____ | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13e, and 21, not charged against book income this year (itemize): | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13e and 21 (itemize): | | a Depreciation $ ____ | |
| STMT 12      10,931. | | | |
| a Depreciation $ ____ | | 8 Add lines 6 and 7 | |
| b Travel and entertainment $   2,752. | 13,683. | 9 Income (loss) (Analysis of Net Income (Loss), per Return, line 1). Subtract line 8 from line 5 | 366,958. |
| 5 Add lines 1 through 4 | 366,958. | | |

## Schedule M-2 | Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | −1,807,567. | 6 Distributions: a Cash | 106,620. |
| 2 Capital contributed: a Cash | | b Property | |
| b Property | | 7 Other decreases (itemize): | |
| 3 Net income (loss) (see instructions) | 366,958. | STMT 13 | 13,683. |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | 120,303. |
| 5 Add lines 1 through 4 | −1,440,609. | 9 Balance at end of year. Subtract line 8 from line 5 | −1,560,912. |

411043 12-06-24

Form **1125-A**

(Rev. November 2024)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

**Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
**Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

Name

ASHMARK CONSTRUCTION, LLC

Employer Identification number

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)      SEE STATEMENT 15 | 5 | 2,496,990. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 2,496,990. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2, or the appropriate line of your tax return. See instructions | 8 | 2,496,990. |

**9 a** Check all methods used for valuing closing inventory. See instructions.

   *(i)* ☐ Cost

   *(ii)* ☐ Lower of cost or market

   *(iii)* ☐ Other (specify method used and attach explanation) _____

    For certain small business taxpayers, alternative methods of accounting for inventories:

   *(iv)* ☐ Non-incidental materials and supplies method

   *(v)* ☐ AFS method

   *(vi)* ☐ Non-AFS method

**b** Check if there was a writedown of subnormal goods ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐

**d** *(i)*   If the LIFO inventory method was used for this tax year, enter amount of closing inventory figured under LIFO   **9d(i)**

   *(ii)*   If the LIFO inventory method was used for this tax year, enter amount of the closing LIFO Reserve   **9d(ii)**

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions   ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation   ☐ Yes ☒ No

**For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 11-2024)

LHA   424441 12-19-24

## Worksheet for Figuring Net Earnings (Loss) From Self-Employment

| Name of partnership | | | Employer identification number |
|---|---|---|---|
| **ASHMARK CONSTRUCTION, LLC** | | | ▮▮▮▮▮▮▮ |

| | | | | |
|---|---|---|---|---|
| 1 a Ordinary income (loss) (Schedule K, line 1) | 1a | 367,046. | | |
| b Net income (loss) from **CERTAIN** rental real estate activities | 1b | | | |
| c Net income (loss) from other rental activities (Schedule K, line 3c) | 1c | | | |
| d Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount | 1d | | | |
| e Other additions | 1e | | | |
| f Combine lines 1a through 1e | 1f | 367,046. | | |
| 2 a Net gain from Form 4797, Part II, line 17, included on line 1a above | 2a | | | |
| b Other subtractions | 2b | | | |
| c Add lines 2a and 2b | 2c | | | |
| 3 a Subtract line 2c from line 1f. If line 1f is a loss, increase the loss on line 1f by the amount on line 2c | 3a | 367,046. | | |
| b Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | 3b | 244,697. | | |
| c Subtract line 3b from line 3a | | | 3c | 122,349. |
| 4 a Guaranteed payments to partners (Schedule K, line 4a) derived from a trade or business as defined in section 1402(c) | 4a | | | |
| b Part of line 4a allocated to individual limited partners for **other than** services and to estates, trusts, corporations, exempt organizations, and IRAs | 4b | | | |
| c Subtract line 4b from line 4a | | | 4c | |
| 5 Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 14a | | | 5 | 122,349. |

412161
04-01-24

Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Ashmark Construction, LLC
5640 W. Maple, Suite 300
West Bloomfield, MI  48322

Employer Identification Number: ███████████

For the Year Ending December 31, 2024

Ashmark Construction, LLC is making the de minimis safe harbor
election under Reg. Sec. 1.263(a)-1(f).

ASHMARK CONSTRUCTION, LLC

PAGE 1, BOX H ACCOUNTING METHOD:
PERCENTAGE OF COMPLETION, COMPLETED CONTRACT,
ACCRUAL LESS RETAINAGE, CASH, ACCRUAL,
AND 10% ELECTIVE DEFERRAL METHOD

| FORM 1065 | OTHER INCOME | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| COMPLETED CONTRACT METHOD INCOME | 971,555. |
| TOTAL TO FORM 1065, LINE 7 | 971,555. |

| FORM 1065 | TAX EXPENSE | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| MICHIGAN TAXES - BASED ON INCOME | 500. |
| TOTAL TO FORM 1065, LINE 14 | 500. |

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BANK SERVICE CHARGES | 50. |
| BLUEPRINTING | 12,712. |
| DUES & SUBSCRIPTIONS | 9,311. |
| EMPLOYEE LEASING | 335,719. |
| INSURANCE - GENERAL | 29,020. |
| LEGAL AND ACCOUNTING | 57,767. |
| MEALS | 2,752. |
| MISCELLANEOUS | 10,312. |
| OFFICE EXPENSE | 18,027. |
| TELEPHONE | 6,724. |
| TRAVEL EXPENSE | 9,332. |
| TOTAL TO FORM 1065, LINE 21 | 491,726. |

STATEMENT(S) 1, 2, 3, 4

ASHMARK CONSTRUCTION, LLC                                    ████████████

| SCHEDULE K | INTEREST INCOME | STATEMENT 5 |

| DESCRIPTION | U.S. BONDS | OTHER |
|---|---|---|
| INTEREST INCOME | | 12. |
| TOTAL TO SCHEDULE K, LINE 5 | | 12. |

| SCHEDULE K | CHARITABLE CONTRIBUTIONS | STATEMENT 6 |

| DESCRIPTION | TYPE | AMOUNT |
|---|---|---|
| CONTRIBUTIONS | CASH (60%) | 100. |
| TOTALS TO SCHEDULE K, LINE 13A | | 100. |

| SCHEDULE K | OTHER ADJUSTMENTS AND TAX PREFERENCE ITEMS | STATEMENT 7 |

| DESCRIPTION | AMOUNT |
|---|---|
| LONG-TERM CONTRACTS | 300,837. |
| TOTAL TO SCHEDULE K, LINE 17F | 300,837. |

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT 8 |

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 2,752. |
| OFFICERS LIFE INS | 10,931. |
| TOTAL TO SCHEDULE K, LINE 18C | 13,683. |

ASHMARK CONSTRUCTION, LLC

| SCHEDULE K | OTHER ITEMS | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | 871,952. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTIONS | 504,906. |
| SECTION 199A - ORDINARY INCOME (LOSS) | 367,046. |
| SECTION 199A UNADJUSTED BASIS OF ASSETS | 9,379. |
| BUSINESS INTEREST EXPENSE | 330. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| COSTS ON UNCOMPLETED JOBS | 2,359,879. | 4,964,652. |
| TOTAL TO SCHEDULE L, LINE 6 | 2,359,879. | 4,964,652. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| BILLINGS ON UNCOMPLETED JOBS | 3,294,075. | 5,679,234. |
| TOTAL TO SCHEDULE L, LINE 17 | 3,294,075. | 5,679,234. |

| SCHEDULE M-1   EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN | STATEMENT 12 |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OFFICERS LIFE INS | 10,931. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 10,931. |

ASHMARK CONSTRUCTION, LLC                                    ▬▬▬▬▬▬

| SCHEDULE M-2 | OTHER DECREASES | STATEMENT 13 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| NONDEDUCTIBLE EXPENSES | 13,683. |
| TOTAL TO SCHEDULE M-2, LINE 7 | 13,683. |

| SCHEDULES M-2/L   RECONCILIATION OF SCHEDULE M-2 AND SCHEDULE L | | STATEMENT 14 |
|---|---|---|

| DESCRIPTION | BALANCE AT BEGINNING OF THE YEAR | BALANCE AT END OF YEAR |
|---|---|---|
| SCHEDULE M-2 BALANCES | -1,807,567. | -1,560,912. |
| ACCRUED PAYABLES | 1,155,126. | 1,155,126. |
| TOTAL RECONCILED SCHEDULE M-2 BALANCES | -652,441. | -405,786. |
| SCHEDULE L, LINE 21, PARTNERS' CAPITAL ACCOUNTS | -652,441. | -405,786. |

| FORM 1125-A | OTHER COSTS | STATEMENT 15 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| SUBCONTRACTING | 2,463,335. |
| OTHER CONSTRUCTION COSTS | 4,654. |
| VEHICLE EXPENSES | 29,001. |
| TOTAL TO LINE 5 | 2,496,990. |

651123

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2024**
For calendar year 2024, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**
*See separate instructions.*

☐ Final K-1 ☐ Amended K-1    OMB No. 1545-0123

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| | 122,349. | A | 0. |
| 2 | Net rental real estate income (loss) | 15 | Credits |
| 3 | Other net rental income (loss) | | |
| 4a | Guaranteed payments for services | 16 | Schedule K-3 is attached if checked ........... ☐ |
| 4b | Guaranteed payments for capital | 17 | Alternative min tax (AMT) items |
| | | F* | 100,279. |
| 4c | Total guaranteed payments | | |
| 5 | Interest income | 18 | Tax-exempt income and nondeductible expenses |
| | 4. | C* | STMT |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 19 | Distributions |
| | | A | 25,500. |
| 6c | Dividend equivalents | 20 | Other information |
| | | A | 4. |
| 7 | Royalties | N | * 110. |
| 8 | Net short-term capital gain (loss) | Z | * STMT |
| 9a | Net long-term capital gain (loss) | AJ | * STMT |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |

## Part I   Information About the Partnership

**A** Partnership's employer identification number

▓▓▓▓▓▓

**B** Partnership's name, address, city, state, and ZIP code

ASHMARK CONSTRUCTION, LLC
5640 W. MAPLE, SUITE 300
WEST BLOOMFIELD, MI 48322

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

▓▓▓▓▓▓

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MARC WEINBAUM REVOCABLE TRUST
▓▓▓▓▓▓

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ........ ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 33.3333340 % | 33.3333340 % |
| Loss | 33.3333340 % | 33.3333340 % |
| Capital | 33.3333340 % | 33.3333340 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ....... $ | 1,215,005. | $ 1,146,557. |
| Qualified nonrecourse financing ..... $ | | $ |
| Recourse ........ $ | 0. | $ 0. |

**K2** ☐ Check this box if Item K-1 includes liability amounts from lower-tier partnerships
**K3** ☐ Check if any of the above liability is subject to guarantee or other payment obligations by the partner. See instructions

**L**   Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account ....... $ | −323,176. |
| Capital contributed during the year ...... $ | |
| Current year net income (loss) ....... $ | 117,759. |
| Other increase (decrease) (attach explanation) .. $ | |
| Withdrawals and distributions ....... $( | 25,500.) |
| **Ending capital account** ....... $ | −230,917. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N**   Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ............. $ _____
Ending ............. $ _____

| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
|---|---|---|---|
| 13 | Other deductions | | |
| A | 33 | | |
| 22 | ☐ More than one activity for at-risk purposes* | | |
| 23 | ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

For IRS Use Only

LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    411261 12-08-24    www.irs.gov/Form1065    Schedule K-1 (Form 1065) 2024

**EXHIBIT**
**37**

ASHMARK CONSTRUCTION, LLC

---

| SCHEDULE K-1 | OTHER ALTERNATIVE MINIMUM TAX (AMT) ITEMS, BOX 17, CODE F | |
|---|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| LONG-TERM CONTRACTS ENTERED INTO AFTER 2/28/86 | SEE IRS SCH. K-1 INSTRUCTIONS | 100,279. |
| TOTAL TO SCHEDULE K-1, BOX 17, CODE F | | 100,279. |

---

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 18, CODE C | |
|---|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 917. |
| OFFICERS LIFE INS | | 3,644. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 4,561. |

---

| SCHEDULE K-1 | BUSINESS INTEREST EXPENSE, BOX 20, CODE N | |
|---|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| BUSINESS INTEREST EXPENSE (INCLUDED IN ORDINARY BUSINESS INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 110. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 110. |

---

| SCHEDULE K-1 | EXCESS BUSINESS LOSS LIMITATION BOX 20, CODE AJ | |
|---|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | SEE IRS SCH. K-1 INSTRUCTIONS | 290,651. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTION | SEE IRS SCH. K-1 INSTRUCTIONS | 168,302. |

ASHMARK CONSTRUCTION, LLC

| SCHEDULE K-1 | SECTION 199A INFORMATION, BOX 20, CODE Z |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | 122,349. |
| UNADJUSTED BASIS OF ASSETS | 3,126. |

| SCHEDULE K-1 | SECTION 199A ADDITIONAL INFORMATION |
|---|---|

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

| SCHEDULE K-1 | CURRENT YEAR NET INCOME (LOSS) AND OTHER INCREASES(DECREASES) | |
|---|---|---|

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | 122,349. | |
| INTEREST INCOME | 4. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 122,353. |
| CHARITABLE CONTRIBUTIONS | -33. | |
| NONDEDUCTIBLE EXPENSES | -4,561. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -4,594. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 117,759. |

ASHMARK CONSTRUCTION, LLC

| SCHEDULE K-1 | FOOTNOTES |
|---|---|

THE ENTITY ELECTED AND PAID MICHIGAN FLOW-THROUGH ENTITY TAX
FOR THE YEAR ENDING DECEMBER 31, 2024. BELOW IS THE REQUIRED
REPORTING INFORMATION. PLEASE CONSULT YOUR TAX ADVISOR.

| | |
|---|---|
| MICHIGAN SALES | 799,129. |
| TOTAL SALES | 799,129. |

| | |
|---|---|
| SHARE OF INCOME TAXES ADDED BACK IN DETERMINING INCOME TAX BASE | 167. |

| | |
|---|---|
| SHARE OF MICHIGAN FLOW-THROUGH ENTITY REFUND RECEIVED DURING THE TAX YEAR | 0. |

| | |
|---|---|
| MICHIGAN FLOW-THROUGH ENTITY TAX PAID BY DUE DATE OF RETURN | 5,207. |

| SCHEDULE K-1 | SCHEDULE K-3 NOTIFICATION |
|---|---|

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2024**
For calendar year 2024, or tax year

beginning _____  ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) **122,348.** | 14 | Self-employment earnings (loss) |
| | | A | **0.** |
| 2 | Net rental real estate income (loss) | 15 | Credits |
| 3 | Other net rental income (loss) | | |
| 4a | Guaranteed payments for services | 16 | Schedule K-3 is attached if checked ☐ |
| 4b | Guaranteed payments for capital | 17 | Alternative min tax (AMT) items |
| 4c | Total guaranteed payments | | F* **100,279.** |
| 5 | Interest income **4.** | 18 | Tax-exempt income and nondeductible expenses |
| 6a | Ordinary dividends | | C* **STMT** |
| 6b | Qualified dividends | 19 | Distributions |
| 6c | Dividend equivalents | | A **25,500.** |
| 7 | Royalties | 20 | Other information |
| | | A | **4.** |
| 8 | Net short-term capital gain (loss) | N | * **110.** |
| | | Z | * **STMT** |
| 9a | Net long-term capital gain (loss) | AJ | * **STMT** |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| | A **34** | | |

## Part I  Information About the Partnership

**A** Partnership's employer identification number

**B** Partnership's name, address, city, state, and ZIP code

ASHMARK CONSTRUCTION, LLC
5640 W. MAPLE, SUITE 300
WEST BLOOMFIELD, MI  48322

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ASHLEY ISRAEL REVOCABLE TRUST

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner  ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 33.3333330 % | 33.3333330 % |
| Loss | 33.3333330 % | 33.3333330 % |
| Capital | 33.3333330 % | 33.3333330 % |

Check if decrease is due to:
☐ Sale or  ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 1,215,006. | $ 1,146,557. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

**K2** ☐ Check this box if Item K1 includes liability amounts from lower-tier partnerships

**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ -348,392. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 117,757. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( 25,500. ) |
| Ending capital account | $ -256,135. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ....... $
Ending ....... $

| 22 | ☐ More than one activity for at-risk purposes* |
| 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.  411261 12-08-24  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2024**

ASHMARK CONSTRUCTION, LLC

| SCHEDULE K-1 | OTHER ALTERNATIVE MINIMUM TAX (AMT) ITEMS, BOX 17, CODE F | |
| --- | --- | --- |
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| LONG-TERM CONTRACTS ENTERED INTO AFTER 2/28/86 | SEE IRS SCH. K-1 INSTRUCTIONS | 100,279. |
| TOTAL TO SCHEDULE K-1, BOX 17, CODE F | | 100,279. |

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 18, CODE C | |
| --- | --- | --- |
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 918. |
| OFFICERS LIFE INS | | 3,643. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 4,561. |

| SCHEDULE K-1 | BUSINESS INTEREST EXPENSE, BOX 20, CODE N | |
| --- | --- | --- |
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| BUSINESS INTEREST EXPENSE (INCLUDED IN ORDINARY BUSINESS INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 110. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 110. |

| SCHEDULE K-1 | EXCESS BUSINESS LOSS LIMITATION BOX 20, CODE AJ | |
| --- | --- | --- |
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | SEE IRS SCH. K-1 INSTRUCTIONS | 290,650. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTION | SEE IRS SCH. K-1 INSTRUCTIONS | 168,302. |

PARTNER NUMBER 2

ASHMARK CONSTRUCTION, LLC                        ████████████

| SCHEDULE K-1 | SECTION 199A INFORMATION, BOX 20, CODE Z |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | 122,348. |
| UNADJUSTED BASIS OF ASSETS | 3,127. |

| SCHEDULE K-1 | SECTION 199A ADDITIONAL INFORMATION |
|---|---|

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

| SCHEDULE K-1 | CURRENT YEAR NET INCOME (LOSS) AND OTHER INCREASES(DECREASES) |
|---|---|

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | 122,348. | |
| INTEREST INCOME | 4. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 122,352. |
| CHARITABLE CONTRIBUTIONS | -34. | |
| NONDEDUCTIBLE EXPENSES | -4,561. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -4,595. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 117,757. |

ASHMARK CONSTRUCTION, LLC

| SCHEDULE K-1 | FOOTNOTES |
|---|---|

THE ENTITY ELECTED AND PAID MICHIGAN FLOW-THROUGH ENTITY TAX
FOR THE YEAR ENDING DECEMBER 31, 2024. BELOW IS THE REQUIRED
REPORTING INFORMATION. PLEASE CONSULT YOUR TAX ADVISOR.

| | |
|---|---|
| MICHIGAN SALES | 799,129. |
| TOTAL SALES | 799,129. |

SHARE OF INCOME TAXES ADDED BACK IN DETERMINING INCOME TAX
BASE                                                                            166.

SHARE OF MICHIGAN FLOW-THROUGH ENTITY REFUND RECEIVED DURING
THE TAX YEAR                                                                      0.

MICHIGAN FLOW-THROUGH ENTITY TAX PAID BY DUE DATE OF RETURN       5,207.

| SCHEDULE K-1 | SCHEDULE K-3 NOTIFICATION |
|---|---|

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

PARTNER NUMBER 2

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2024**
For calendar year 2024, or tax year

beginning _____  ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) 122,349. | | 14 Self-employment earnings (loss) | |
| | | A | 122,349. |
| 2 Net rental real estate income (loss) | | C | 290,651. |
| 3 Other net rental income (loss) | | 15 Credits | |
| 4a Guaranteed payments for services | | 16 Schedule K-3 is attached if | |
| | | checked ☐ | |
| 4b Guaranteed payments for capital | | 17 Alternative min tax (AMT) items | |
| | | F* | 100,279. |
| 4c Total guaranteed payments | | | |
| 5 Interest income 4. | | 18 Tax-exempt income and nondeductible expenses | |
| 6a Ordinary dividends | | C* | STMT |
| 6b Qualified dividends | | 19 Distributions | |
| | | A | 55,620. |
| 6c Dividend equivalents | | 20 Other information | |
| | | A | 4. |
| 7 Royalties | | N * | 110. |
| 8 Net short-term capital gain (loss) | | Z * | STMT |
| 9a Net long-term capital gain (loss) | | AJ * | STMT |
| 9b Collectibles (28%) gain (loss) | | | |
| 9c Unrecaptured section 1250 gain | | | |
| 10 Net section 1231 gain (loss) | | | |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | 21 Foreign taxes paid or accrued | |
| 13 Other deductions | | | |
| A 33 | | | |
| | | 22 ☐ More than one activity for at-risk purposes* | |
| | | 23 ☐ More than one activity for passive activity purposes* | |
| | | *See attached statement for additional information. | |

**Part I  Information About the Partnership**

**A** Partnership's employer identification number

████████████

**B** Partnership's name, address, city, state, and ZIP code

ASHMARK CONSTRUCTION, LLC
5640 W. MAPLE, SUITE 300
WEST BLOOMFIELD, MI 48322

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

████████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MARTIN RENEL
████████████

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 33.3333330 % | 33.3333330 % |
| Loss | 33.3333330 % | 33.3333330 % |
| Capital | 33.3333330 % | 33.3333330 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse $ | 1,215,005. | $ 1,146,557. |
| Qualified nonrecourse financing $ | | $ |
| Recourse $ | 0. | $ 0. |

**K2** ☐ Check this box if Item K-1 includes liability amounts from lower-tier partnerships

**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ -1,135,999. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 117,759. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( 55,620.) |
| Ending capital account | $ -1,073,860. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........................... $ _____
Ending ........................... $ _____

For IRS Use Only

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   411261 12-08-24   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2024**

ASHMARK CONSTRUCTION, LLC

| SCHEDULE K-1 | OTHER ALTERNATIVE MINIMUM TAX (AMT) ITEMS, BOX 17, CODE F | |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| LONG-TERM CONTRACTS ENTERED INTO AFTER 2/28/86 | SEE IRS SCH. K-1 INSTRUCTIONS | 100,279. |
| TOTAL TO SCHEDULE K-1, BOX 17, CODE F | | 100,279. |

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 18, CODE C | |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 917. |
| OFFICERS LIFE INS | | 3,644. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 4,561. |

| SCHEDULE K-1 | BUSINESS INTEREST EXPENSE, BOX 20, CODE N | |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| BUSINESS INTEREST EXPENSE (INCLUDED IN ORDINARY BUSINESS INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 110. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 110. |

| SCHEDULE K-1 | EXCESS BUSINESS LOSS LIMITATION BOX 20, CODE AJ | |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | SEE IRS SCH. K-1 INSTRUCTIONS | 290,651. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTION | SEE IRS SCH. K-1 INSTRUCTIONS | 168,302. |

ASHMARK CONSTRUCTION, LLC

| SCHEDULE K-1 | SECTION 199A INFORMATION, BOX 20, CODE Z |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | 122,349. |
| SELF-EMPLOYMENT EARNINGS(LOSS) | 122,349. |
| UNADJUSTED BASIS OF ASSETS | 3,126. |

| SCHEDULE K-1 | SECTION 199A ADDITIONAL INFORMATION |
|---|---|

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

| SCHEDULE K-1 | CURRENT YEAR NET INCOME (LOSS) AND OTHER INCREASES(DECREASES) |
|---|---|

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | 122,349. | |
| INTEREST INCOME | 4. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 122,353. |
| CHARITABLE CONTRIBUTIONS | -33. | |
| NONDEDUCTIBLE EXPENSES | -4,561. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -4,594. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 117,759. |

ASHMARK CONSTRUCTION, LLC

| SCHEDULE K-1 | FOOTNOTES |
| --- | --- |

THE ENTITY ELECTED AND PAID MICHIGAN FLOW-THROUGH ENTITY TAX
FOR THE YEAR ENDING DECEMBER 31, 2024. BELOW IS THE REQUIRED
REPORTING INFORMATION. PLEASE CONSULT YOUR TAX ADVISOR.

| | |
| --- | --- |
| MICHIGAN SALES | 799,129. |
| TOTAL SALES | 799,129. |

SHARE OF INCOME TAXES ADDED BACK IN DETERMINING INCOME TAX
BASE                                                              167.

SHARE OF MICHIGAN FLOW-THROUGH ENTITY REFUND RECEIVED DURING
THE TAX YEAR                                                        0.

MICHIGAN FLOW-THROUGH ENTITY TAX PAID BY DUE DATE OF RETURN      5,207.

| SCHEDULE K-1 | SCHEDULE K-3 NOTIFICATION |
| --- | --- |

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

PARTNER NUMBER 3

Caution: Forms printed from within Adobe Acrobat products may not meet IRS or state taxing agency specifications. When using Acrobat, select the "Actual Size" in the Adobe "Print" dialog.

PARTNERS' COPY

# MASTER SUBCONTRACT AGREEMENT

| Condominium Project: | M1 Concourse Private Garage Community |
|---|---|
| Developer: | M1 Concourse, LLC, a Michigan limited liability company |
| Subcontractor: | Ashmark Construction, 5640 W. Maple, Suite 101, West Bloomfield, MI 48322 |
| Name of Condominium Association: | M1 Concourse Private Garage Community Association |

1.  Various purchasers (each a "Purchaser") have purchased private garage unit(s) in the Condominium Project (hereafter individually referred to as a "Unit" or collectively as "Units") from Developer.

2.  Developer and each Purchaser will enter into separate contracts (each a "Build-Out Contract") to construct certain "base" upgrades to the Unit(s) (the "Base Upgrades").

3.  Developer may direct Subcontractor from time to time to construct Base Upgrades in the Unit(s) (hereafter "Work" or "Base Upgrade Work"). Subcontractor's scope of work for each individual Unit will be described in a Task Order to be issued to Subcontractor in the form attached as Exhibit A. Subcontractor shall perform the Work in accordance with any drawings and specifications attached to each Task Order and subject to the Terms and Conditions attached as Exhibit B. This Subcontract is intended as a Master Subcontract Agreement that shall be applicable to each Task Order issued to Subcontractor for Base Upgrade Work in the Unit(s).

4.  The Contract Documents for the Work shall consist of (1) this Master Subcontract Agreement and its Exhibits, (2) the Task Order issued for the Work to be performed in the Unit, and (3) written orders for changes in the Work issued after issuance of the Task Order.

5.  Developer shall pay Subcontractor the sum set forth in each individual Task Order for the performance of the Work ("Contract Sum"). Developer shall pay the Contract Sum to Subcontractor as follows:

    (i)   50% within ten (10) days of execution of the applicable Task Order; and
    (ii)  50% within thirty (30) days of completion of the Work.

Subcontractor shall submit a sworn statement and full unconditional lien waivers with its request for final payment from Developer for the Work in each Unit. Subcontractor shall be paid for the Work after Developer's receipt of payment from the Purchaser, which shall be an express condition precedent to Developer's obligation to pay Subcontractor.

6.  Subcontractor shall commence the Work upon receipt of a Notice to Proceed from Developer or as provided in the Task Order ("Commencement Date") and shall achieve Substantial Completion of the Work by the date or within the duration set forth in the Task Order ("Contract Time") unless the Contract Time is extended by Change Order issued by Developer.

7.  If Subcontractor is asked by Purchaser to perform extra work beyond the Base Upgrades ("Enhanced Upgrades"), Subcontractor shall inform Developer of the request and provide Developer with a copy of any proposed contract, purchase order, proposal, invoice and/or other documentation describing the Enhanced Upgrades to be performed and the cost thereof. Subcontractor's breach of this condition shall be grounds for immediate termination of this Master Subcontract Agreement and any pending Task Orders. Subcontractor agrees to pay Developer a fee of fifteen percent (15%) of the gross contract amount for all Enhanced Upgrade Work from $0 to $99,999 and ten percent (10%) of the gross contract amount for all Enhanced Upgrade work in excess of $100,000. In the event a Purchaser contacts Subcontractor directly to perform any of the Base Upgrades, Subcontractor shall notify Developer and decline the Work unless and until Developer issues a Task Order to Subcontractor to perform such work. Subcontractor shall permit Developer to audit Subcontractor's books and records pertaining to all Base and Enhanced Upgrade work performed in any Unit.

8.  This Agreement shall continue in full force and effect, unless otherwise terminated by Developer upon 48 hours written notice to Subcontractor, through December 31, 2018, or until any then outstanding Work under a Task Order is completed, whichever is later.

This Agreement is executed by the parties on the 11th day of Jan. , 2017.

| SUBCONTRACTOR: | DEVELOPER: |
|---|---|
| Ashmark Construction | M1 Concourse, LLC |
| Print Name: MARTIN J. Benet | a Michigan limited liability company |
| Signed: | By: _____ |
|  | Brad Oleshansky |
| Date: 1 . 11 , 2017 | Its: Manager |

CONFIDENTIAL

EXHIBIT

28