UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 25-46693-TJT

Ashmark Construction, LLC,  Chapter 11

    Debtor.  Judge Thomas J. Tucker

_____/

# EX PARTE ORDER GRANTING THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER AMENDING THE SCHEDULING ORDER AND EXTENDING TIME FOR THE DEBTOR TO SERVE ITS CHAPTER 11 PLAN AND BALLOTS, CREDITOR DEADLINES FOR BALLOT-RETURN AND FILING OBJECTIONS, AND ADJOURNING THE PLAN CONFIRMATION HEARING

This case is before the Court on the motion filed on October 23, 2025 by the Debtor, Ashmark Construction, LLC (the "Debtor" or "Ashmark"), entitled "Debtor's Ex Parte Motion for Entry of an Order Amending the Scheduling Order And Extending Time for the Debtor to Serve its Chapter 11, Subchapter V Plan and Ballots, Creditor Deadline for Ballot-Return and Filing Plan Objections Deadline, and Adjourning the Plan Confirmation Hearing" (Docket # 62, the "Motion"). The Court finds good cause to enter this Order.[1]

---

[1] In so finding, the Court does not necessarily agree with or accept the excuses offered by the Debtor (in paragraphs 9-11 of the Motion) for its failure to comply with the clear requirements of paragraph 1(d) of the Court's July 16, 2025 scheduling order (Docket # 29). Rather, this Order is entered so that creditors may have proper notice and the required time to object to and vote on the Debtor's proposed plan. The Court finds, in its discretion, that the alternatives of dismissal or conversion of this case, as possible remedies for the Debtor's failure to comply with paragraph 1(d) of the scheduling order, *see* 11 U.S.C. section 1112(b)(4)(E), would be too harsh.

IT IS ORDERED that the Motion is granted, on the terms of this Order.

IT IS FURTHER ORDERED that the scheduling order filed July 16, 2025 (Docket # 29) is modified to the extent provided in this Order.

IT IS FURTHER ORDERED that the confirmation hearing, currently scheduled for November 5, 2025 at 11:00 a.m., is adjourned to **December 10, 2025 at 11:00 a.m.**

IT IS FURTHER ORDERED that new deadlines are as follows:

1. **By no later than October 27, 2025**, the Debtor must serve a copy of this Order together with the Debtor's proposed plan (Docket # 49, the "Plan") on all of the Debtor's creditors and all parties in interest, and by the same deadline, the Debtor also must serve ballots on all creditors eligible to vote on the Plan. The Debtor must file proof of all such service **no later than October 28, 2025**.

2. The deadline to return ballots on the plan, as well as to file objections to confirmation of the plan, is **December 3, 2025**. Under Fed. R. Bankr. P. 3017.2(d), this is also the deadline for holders of claims and interests to accept or reject the plan. Under Fed. R. Bankr. P. 3017.2(b), this is also the date on which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the plan. The completed ballot form must be returned by mail to the Debtor's attorney: Arthur M. Cimini, Jr., 27777 Franklin Rd., Suite 2500, Southfield, MI 48034.

3. **No later than December 5, 2025,** the Debtor must file a signed ballot summary indicating the ballot count under 11 U.S.C. § 1126(c) and (d). A copy of all ballots must be attached to this summary.

4. The hearing on confirmation of the Plan will be on **Wednesday, December 10, 2025 at 11:00 a.m. This hearing will be held in person, in the courtroom, rather than remotely by telephone or**

**video conference, and will be held in Courtroom 1925, 211 West Fort St., Detroit, MI 48226.**

**Signed on October 24, 2025**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge