**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **25−46693−tjt**

In Re: (NAME OF DEBTOR(S))

    Ashmark Construction, LLC

    _____/

**AMENDED NOTICE OF ORDER ESTABLISHING DEADLINES AND PROCEDURES IN A SUBCHAPTER V CASE**

NOTICE IS HEREBY GIVEN that on **10/24/2025** an Order Establishing Deadlines and Procedures in a Subchapter V Case was entered in the above entitled case. Therefore, the following deadlines and hearing dates are in effect:

1. Deadline for debtor to file motions is . This is also the deadline to file all unfiled overdue tax returns.

2. Status conference is set for **at in** .

3. Deadline to file the pre−status conference report is .

4. Deadline for debtor to file a plan is .

5. Deadline to return ballots on plan and file objections to confirmation of plan is **12/03/2025**. Ballot form should be returned to debtor's attorney.

6. Deadline for creditors to make an election of application of 11 U.S.C. § 1111(b)(2) is .

7. Deadline for the ballot summary is **12/05/2025**.

8. Hearing on objections and confirmation of plan is set for **12/10/25 at 11:00 AM in Courtroom 1925, 211 West Fort St., Detroit, MI 48226**.

9. Deadline for all professionals to file final fee applications is **30 days after the confirmation order is entered**.

10. Deadline to file objections to the Order Establishing Deadlines and Procedures is .

11. Deadline to file a motion to extend the deadline to file a plan is .

12. Deadline to file a motion to extend the time to file a motion to assume or reject a lease under 11 U.S.C.§ 365(d) is .

These dates and deadlines are subject to change upon notice if the debtor files a plan before the deadline in item 4 above.

Dated: 10/24/25

                                          Todd M. Stickle , Clerk of Court
                                          UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| In re: | Case No. 25-46693-tjt |
| Ashmark Construction, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0645-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 24, 2025 | Form ID: estdlV | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Ashmark Construction, LLC, 5640 W. Maple, Suite 300, Suite 3500, West Bloomfield, MI 48322-3719 |
| sp | + | Mark D. Evans, 529 Navahoe, Detroit, MI 48215-3228 |
| 28531751 | | Able Plumbing & Contracting, Inc., 24410 John R. Rd, Hazel Park, MI 48030-1114 |
| 28531752 | + | Allegion Access Technologies, LLC, 47930 West Road, Wixom, MI 48393-3669 |
| 28531754 | + | BJ's Heating & Cooling, 3481 E M-36, Pinckney, MI 48169-8298 |
| 28531755 | + | Brendel's, 4941 White Lake Rd, Clarkston, MI 48346-2640 |
| 28531756 | + | Brighton Mall Associates, 5640 W. Maple Road, Ste 101, West Bloomfield, MI 48322-3717 |
| 28531757 | + | CEI Michigan LLC, P.O. Box 310 Hamburg, Hamburg, MI 48139-0310 |
| 28531758 | + | Coponen Construction, 3956 Loch Dr., Highland, MI 48357-2232 |
| 28531759 | + | Corner Management, Inc., 8902 N Meridian St, Ste 205, Indianapolis, IN 46260-5369 |
| 28531760 | + | D'Angelo's Painting, Inc., 32224 W. 8 Mile Road, Farmington, MI 48336-5100 |
| 28531761 | + | Dale Investment Company Inc., 5640 W. Maple Road, Suite 101, West Bloomfield, MI 48322-3717 |
| 28531762 | + | Daniel's Glass, 21250 W. Seven Mile Road, Detroit, MI 48219-1967 |
| 28531763 | + | Daniels Glass, 21250 W. Seven Mile Road, Detroit, MI 48219-1967 |
| 28531764 | + | Detroit Spectrum Painters, Inc., 27560 College Park, Warren, MI 48088-4874 |
| 28531765 | + | Energy Electric, 5229 Woodview Dr., Bloomfield Hills, MI 48302-2566 |
| 28531766 | + | Energy Electric Services, LLC, 5229 Woodview Dr., Bloomfield Hills, MI 48302-2566 |
| 28531767 | + | GFL, 26999 Central Park Blvd STE 200, Southfield, MI 48076-4145 |
| 28531770 | + | Goyette Mechanical, 3842 Gorey Ave., PO Box 33, Flint, MI 48501-0033 |
| 28531771 | + | Gregg's Caulking, 19500 Hilton Dr. Southfield, Southfield, MI 48075-7244 |
| 28531772 | + | Healthcare Property Managers of America, 550 Heritage Drive, Suite 200, Jupiter, FL 33458-3030 |
| 28531773 | + | Independence Commercial Construction Inc, 2635 Dixie Highway Waterford, Waterford, MI 48328-1709 |
| 28531774 | + | JA Martone, JA Christiansen, AB Slacon, Dickenson Wright PLLC, 2600 W. Big Beaver Rd. Suite 300, Troy, MI 48084-3312 |
| 28531775 | + | James Ross Construction, 4100 Fenton Road, Hartland, MI 48353-1426 |
| 28531776 | + | Lee Industrial Contracting, 631 Cesar E. Chavez Ave., Pontiac, MI 48342-1074 |
| 28531777 | | M1 Concourse, LLC, 45399 Woodward Ave, Pontiac, MI 48341 |
| 28531780 | + | MCS Millwork & Cabinetry Services, 37100 Enterprise Dr., Westland, MI 48186-4028 |
| 28531782 | | MI Commerical Doors, 215 Saginaw St., Holly, MI 48442 |
| 28531778 | + | Matthew C. Herstein, Deneweth, Vittiglio & Sassack, PC, 1175 W. Long Lake Road, Suite 202, Troy, MI 48098-4455 |
| 28531779 | | Max Demolition, 47102 Exeter Ct., Shelby Township, MI 48315-4809 |
| 28531781 | + | Metro Alarm, 46777 W Seven Mile Rd, Northville, MI 48167-1776 |
| 28531783 | + | Michael Goldenberg Painting, 25522 Parkwood, Huntington Woods, MI 48070-1748 |
| 28571805 | | Richard A. Penington, 31207 Foxboro Way, Beverly Hills, MI 48025-3605 |
| 28531785 | | Richard A. Pennington, 31207 Foxboro Way, Beverly Hills, MI 48025-3605 |
| 28531786 | + | SCI Floor Covering, Inc., 30610 Ecorse Rd. Romulus, Romulus, MI 48174-3565 |
| 28531788 | + | SW Group, 9 East 40th St, FL Mezz, New York, NY 10016-0402 |
| 28531787 | + | Stanley Access, 47930 West Rd, Wixom, MI 48393-3669 |
| 28531789 | | TCH, 94-174 Leokane St, Waipahu, HI 96797-2211 |
| 28531792 | + | TLA Interiors, 1815 Bellaire Ave., Ste A, Royal Oak, MI 48067-1578 |
| 28531790 | + | Testing Engineers & Consultants, 1343 Rochester Rd, Troy, MI 48083-6015 |
| 28531791 | + | The Intelligent Companies Inc., 31235 Harper Ave, Saint Clair Shores, MI 48082-1425 |
| 28531793 | + | Total Labor, LLC, 19909 Woodworth, Redford, MI 48240-1125 |
| 28531794 | + | Trinity Roofing, LLC, 9103 Pierson Road, Fowlerville, MI 48836-9774 |
| 28531795 | + | Vanguard Fire & Security Systems, Inc., 2101 Martindale Ave., Wyoming, MI 49509-1837 |
| 28531796 | + | Visionary Construction, 51194 Romeo Plank, Macomb, MI 48042-4111 |
| 28531797 | + | Visionary EWA, P.O. Box 60338, Ewa Beach, HI 96706-7338 |
| 28531798 | | Welltower OM Group LLC, Dentist 102-C Suite Door In Building C, 4972 Clark Road, Ypsilanti, MI 48197-0862 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 28644874 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 24 2025 21:52:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 28531753 | + Email/Text: ally@ebn.phinsolutions.com | Oct 24 2025 21:52:00 | Ally, Attn: Bankruptcy department, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 28536783 | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 24 2025 22:12:18 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 28575430 | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 24 2025 22:00:38 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 28543606 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 24 2025 21:52:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 28605485 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 24 2025 21:51:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 28531768 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 24 2025 21:52:00 | GM Finanancial, Attn: Bankruptcy, 801 Cherry Street, Ste.3500, Fort Worth, TX 76102-6854 |
| 28531769 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 24 2025 21:52:00 | GM Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 28531784 | Email/Text: phuebner@rayhaven.com | Oct 24 2025 21:52:00 | Rayhaven Group, Inc, 35901 Schoolcraft Road, Livonia, MI 48150 |

TOTAL: 9

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Andrew R. Vara |
| acc | | John Gallo, UHY Advisors Great Lakes, Inc. |
| cr | | Richard Penington |
| sp | | Taft Stettinius & Hollister LLP |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony M. Cimini, Jr | on behalf of Debtor In Possession Ashmark Construction LLC acimini@taftlaw.com |
| Jill M. Gies (UST) | on behalf of U.S. Trustee Andrew R. Vara jill.gies@usdoj.gov |
| Kimberly Ross Clayson | on behalf of Debtor In Possession Ashmark Construction LLC kclayson@taftlaw.com, ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com |
| Kimberly Ross Clayson | on behalf of Special Counsel Taft Stettinius & Hollister LLP kclayson@taftlaw.com ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com |
| Richardo I. Kilpatrick | rkilpatrick@kaalaw.com MI58@ecfcbis.com |
| Thomas R. Morris | on behalf of Creditor Richard Penington tmorris@morrispllc.com dmorris@morrispllc.com |

TOTAL: 6