UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 25-46693-tjt |
| Ashmark Construction, LLC, | Chapter 11, Subchapter V |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

## BALLOT SUMMARY REPORT WITH RESPECT TO DEBTOR'S SUBCHAPTER V PLAN OF REORGANIZATION [ECF No. 71]

Debtor in Possession, Ashmark Construction, LLC (the "Debtor"), by and through its attorneys at Taft Stettinius & Hollister LLP, submits this *Ballot Summary Report with Respect to Debtor's Subchapter V Plan of Reorganization [ECF No. 71]* (the "Ballot Summary") and states as follows:

1. On September 29, 2025, Debtor filed its *Chapter 11, Subchapter V Plan of Reorganization Dated September 29, 2025* (the "First Plan") [ECF No. 49].

2. On October 24, 2025 the Court entered its *Ex Parte Order Granting the Debtor's Motion for Entry of an Order Amending the Scheduling Order and Extending Time for the Debtor to Serve its Chapter 11 Plan and Ballots, Creditor Deadlines for Ballot-Return and Filing Objections, and Adjourning the Plan Confirmation Hearing* (the "Order") [ECF No. 63].

3. Pursuant to the Order, ballots were due no later than December 3, 2025, and Debtor was required to submit its Ballot Summary no later than December 5, 2025, indicating the ballot count pursuant to 11 U.S.C. § 1126(c) and (d).

4. On November 12, 2025, Debtor filed its *First Amended Chapter 11, Subchapter V Plan of Reorganization* (the "First Amended Plan" and together with the First Plan, the "Plan") [ECF No.71].

5. The summary of Classes and votes cast are as follows:

| | |
|---|---|
| Class 1: Secured Claims | Non-Voting |
| Class 2: General Unsecured Claims | Voting |
| Class 3: Equity Interests of Debtor | Voting |

6. Acceptance of the Plan is based on 11 U.S.C. § 1126(c), which states "a class of claims has accepted a plan if such plan has been accepted by creditors . . . that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors."

7. Under Subchapter V of Chapter 11 and pursuant to 11 U.S.C. § 1191(b) a non-consensual plan may be confirmed so long as "all of the applicable requirements of section 1129(a) of this title, other than paragraphs (8), (10), and (15) of that section, are met with respect to a plan, the court, on request of the debtor, shall confirm the plan notwithstanding the requirements of such paragraphs if the plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted, the plan."

8. Pursuant to the Plan, the impaired class whose votes are to be counted

is Class 2.

9. Class 2 has two creditors consisting of an unliquidated amount of liability but under no circumstances would that amount exceed $633,569.19

10. Out of Class 2, one claimant voted.

11. The only voting claim is the claim holder of Claims Register #4, in the amount of $349,975.26, who voted to "reject" the Plan.

12. A copy of the submitted ballot is attached here as **Exhibit A**.

    Respectfully submitted;

    **TAFT STETTINIUS & HOLLISTER, LLP**

    By: /s/Kimberly Ross Clayson
    Kimberly Ross Clayson (P69804)
    Anthony M. Cimini (P86223)
    27777 Franklin Road, Suite 2500
    Southfield, Michigan 49034
    (248) 351-3000
    kclayson@taftlaw.com
    acimini@taftlaw.com

    *Attorneys for Debtor, Ashmark Construction LLC*

Dated: December 4, 2025

# EXHIBIT A

# Ballot Summary

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                    Case No. 25-46693-TJT

Ashmark Construction, LLC,                Chapter 11, Subchapter V

    Debtor.                           Hon. Thomas J. Tucker

_____/

### CLASS 2 (HOLDERS OF GENERAL UNSECURED CLAIMS) BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11, SUBCHAPTER V PLAN OF REORGANIZATION PROPOSED BY ASHMARK CONSTRUCTION LLC

---

**PLEASE READ CAREFULLY AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR COMPLETING AND RETURNING YOUR BALLOT.**

**PLEASE CAREFULLY REVIEW THE ACCOMPANYING PLAN TO DETERMINE WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN.**

**YOUR BALLOT MUST BE DELIVERED TO AND ARRIVE AT THE OFFICE OF DEBTOR'S COUNSEL OF RECORD ON OR BEFORE DECEMBER 3, 2025 (THE "VOTING DEADLINE") OR THE VOTE REPRESENTED BY YOUR BALLOT WILL NOT BE COUNTED, UNLESS THE DEBTOR DETERMINES OTHERWISE.**

**BALLOTS MAY BE MAILED TO: ATTN: KIMBERLY ROSS CLAYSON, 27777 FRANKLIN RD. SUITE 2500, SOUTHFIELD, MI 48034**



**ALTERNATIVELY, BALLOTS ALSO MAY BE DELIVERED ELECTRONICALLY BY EMAIL TO KCLAYSON@TAFTLAW.COM.**

**IF THE PLAN IS CONFIRMED BY THE BANKRUPTCY COURT, IT WILL BE BINDING ON YOU WHETHER OR NOT YOU VOTE.**

---

The Debtor is soliciting votes with respect to the *Chapter 11, Subchapter V Plan of Reorganization* [ECF. No 49] (as amended, modified, or supplemented from time to time, the "Plan").

On October 24, 2025, the Court entered the *Ex Parte Order Granting The Debtor's Motion For Entry Of An Order Amending The Scheduling Order And Extending Time For The Debtor To Serve Its Chapter 11 Plan And Ballots, Creditor Deadlines For Ballot-Return And Filing Objections, And Adjourning The Plan Confirmation Hearing* [ECF No. 63] (the "Scheduling Order").

1

Along with this Ballot, you have received a Solicitation Package consisting of (a) the Plan; (b) the Amended Scheduling Order; and (c) such other materials as the Court may direct. **You should review the Solicitation Package carefully before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.**

**Your claim has been placed in Class 2 (General Unsecured Claims) under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**Your Vote to Accept or Reject the Plan:**

Holders of claims in Class 2 may use this Ballot to vote to accept or reject the Plan. Class 2 will be deemed to have accepted the Plan if of the Class 2 claim holders who actually vote, at least two-third in dollar amount and more than one-half in number, affirmatively vote to accept the Plan.

### ITEM 1. AMOUNT OF CLAIM

As of the Record Date, the undersigned was the holder (or authorized signatory for such holder) of a Class 2 Claim against the Debtor in the following amount:

$ _349,975.26_

### ITEM 2. VOTE ON PLAN

The holder of the Class 2 Claim set forth in Item 1 hereby votes:

[ ] To Accept the Plan
[✓] To Reject the Plan

### ITEM 3. CERTIFICATION

By signing this Ballot, the undersigned certifies that:

(a)     no other Ballots have been cast with respect to the Claim identified in Item 1, and that, to the extent such Ballots have been cast, such earlier Ballots are hereby revoked;

(b)     the undersigned has been provided with a copy of the Plan and the Plan Procedures Order, and acknowledges that the vote set forth on this Ballot is subject to all terms and conditions set forth therein; and

(c)     the undersigned is the holder of the Claim set forth in Item 1, and has full power and authority to vote to accept or reject the Plan.

The undersigned also acknowledges that this solicitation is subject to all the terms and conditions set forth in the Plan and that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, shall be binding upon the transferees, successors,

2

195225028v1

25-46693-tjt    Doc 76    Filed 12/04/25    Entered 12/04/25 14:41:21    Page 6 of 8

assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned and shall not be affected by, and shall survive the death or incapacity, of the undersigned.

Name of Holder: _Richard A. Penington_

Signature: _[signed]_

Name of Signatory (if different than Holder): _Thomas R. Morris_

Title (if applicable): _attorney_

Street Address: _3258 Broad St Ste 1_

City, State, and Zip Code: _Dexter MI 48130_

Telephone Number: _734 934 0035_

Email: _TMorris@MorrisPLLC.com_

Date Completed: _10/29/25_

This Ballot is not, and shall not, constitute or be deemed to be (a) a proof of claim or interest or an assertion of a claim or interest; or (b) an admission by the Debtor of the nature, validity, or amount of any claim and does not signify that your claim has been or will be allowed.

**REMINDER: YOUR BALLOT MUST BE DELIVERED TO THE DEBTOR'S COUSNEL AS PROVIDED FOR HEREIN ON OR BEFORE DECEMBER 3, 2025. IF YOUR BALLOT IS NOT DELIVERED BY THIS DATE, IT WILL NOT BE CONSIDERED FOR VOTING PURPOSES UNLESS THE DEBTOR IN ITS DISCRETION DETERMINES OTHERWISE.**

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE PROCEDURES FOR VOTING ON THE PLAN OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE DEBTOR'S COUNSEL (KIMBERLY ROSS CLAYSON KCLAYSON@TAFTLAW.COM). PLEASE NOTE DEBTOR'S COUNSEL IS NOT PERMITTED TO PROVIDE YOU LEGAL ADVICE.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 25-46693-tjt

Ashmark Construction, LLC,                      Chapter 11, Subchapter V

    Debtor.                                 Hon. Thomas J. Tucker

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, my office caused to be served the *Ballot Summary Report with Respect to Debtor's Subchapter V Plan of Reorganization*, *Dated December 4, 2025*, by using the Court's electronic filing system which will send notice to all parties in interest who are ECF participants registered to receive notice.

    Respectfully submitted;

    **TAFT STETTINIUS & HOLLISTER, LLP**

    By: /s/Kimberly Ross Clayson
    Kimberly Ross Clayson (P69804)
    Anthony M. Cimini (P86223)
    27777 Franklin Road, Suite 2500
    Southfield, Michigan 49034
    (248) 351-3000
    kclayson@taftlaw.com
Dated: December 4, 2025    acimini@taftlaw.com

    *Attorneys for Debtor, Ashmark Construction LLC*