UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                 Case No. 25-46693

ASHMARK CONSTRUCTION, LLC,            Chapter 11

                Debtor.                                  Judge Thomas J. Tucker

_____/

**ORDER FOR FURTHER PROCEEDINGS REGARDING THE DEBTOR'S EFFORT TO OBTAIN CONFIRMATION OF A PLAN,
AND SCHEDULING A NEW IN-PERSON CONFIRMATION HEARING**

This case came before the Court for a hearing on December 10, 2025 regarding confirmation of the Debtor's proposed Chapter 11 plan, consisting of the plan entitled "First Amended Chapter 11, Subchapter V Plan of Reorganization" (Docket # 71), as purportedly amended by the Debtor's brief in support of confirmation filed December 9, 2025 (Docket # 77), (together, the "Plan"). Confirming certain action taken during the hearing, and for the reasons stated on the record during the hearing, the Court enters this Order.

        IT IS ORDERED that:

1. Confirmation of the Plan is denied, without prejudice.

2. The Debtor is granted leave to file and serve an amended plan (the "Amended Plan").

3. The Debtor must file its Amended Plan no later than December 29, 2025.

4. No later than December 29, 2025, the Debtor must serve a copy of this Order together with the Debtor's Amended Plan on all of the Debtor's creditors and all parties in interest, and by the same deadline, the Debtor also must serve ballots on all creditors eligible to vote on the Amended Plan. The Debtor must file proof of all such service no later than December 30, 2025.

5. The deadline to return ballots on the Amended Plan, as well as to file objections to

confirmation of the Amended Plan, is January 29, 2026. Under Fed. R. Bankr. P. 3017.2(d), this is also the deadline for holders of claims and interests to accept or reject the Amended Plan. The completed ballot form must be returned by mail to the Debtor's attorney: Anthony Cimini, 27777 Franklin Rd., Suite 2500, Southfield, MI 48034.

6. No later than January 30, 2026, the Debtor must file a signed ballot summary indicating the ballot count under 11 U.S.C. § 1126(c) and (d). A copy of all ballots must be attached to this summary.

7. The hearing on confirmation of the Amended Plan will be held on **Wednesday, February 4, 2026 at 11:00 a.m.** This hearing will be held in person, in the courtroom, rather than remotely by telephone or video conference, and will be held in Courtroom 1925, 211 West Fort St., Detroit, MI 48226.

**Signed on December 10, 2025**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**