UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 25-46693-tjt |
| | ) |
| Ashmark Construction, LLC, | ) Chapter 11, Subchapter V |
| | ) |
| Debtor. | ) Hon. Thomas J. Tucker |
| | ) |

## CERTIFICATE OF SERVICE

Re: NOTICE OF DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE

I hereby certify that on December 19, 2025, I served the above with the Clerk of the Court, which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice, and via first class mail upon the parties listed in the court's mailing matrix in the above captioned matter.

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER, LLP**

Dated: December 19, 2025

By: /s/ Kimberly Ross Clayson
Kimberly Ross Clayson (P69804)
Anthony M. Cimini (P86223)
27777 Franklin Road – Suite 2500
Southfield, MI 48034
P: 248.351.3000
kclayson@taftlaw.com
acimini@taftlaw.com
*Attorneys for Debtor, Ashmark Construction LLC*

1