UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 25-46693-tjt |
| Ashmark Construction, LLC, | Chapter 11, Subchapter V |
| Debtor. | Hon. Thomas J. Tucker |

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, an employee of my firm, on my behalf, caused the filing of *Debtor's Motion to Dismiss Chapter 11 Case*, proposed *Order Dismissing Chapter 11 Bankruptcy Case*, and 21-day *Notice of Debtor's Motion to Dismiss Case* (the "Notice") with the Clerk of the Court, which sends notice of the foregoing by operation of the Court's electronic filing service to all ECF participants registered to receive notice in the above-captioned bankruptcy case. I further certify that an employee of my firm, on my behalf, served the Notice via first class mail upon the parties listed in the court's mailing matrix in the above captioned matter as attached hereto as **Exhibit A**.

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER, LLP**

Dated: December 22, 2025

By: /s/ Kimberly Ross Clayson
Kimberly Ross Clayson (P69804)
Anthony M. Cimini (P86223)
27777 Franklin Road – Suite 2500
Southfield, MI 48034

1

P: 248.351.3000
kclayson@taftlaw.com
acimini@taftlaw.com
*Attorneys for Debtor, Ashmark Construction LLC*

# EXHIBIT A

```
Label Matrix for local noticing          Able Plumbing & Contracting, Inc.       Allegion Access Technologies, LLC
0645-2                                   24410 John R. Rd                        47930 West Road
Case 25-46693-tjt                        Hazel Park, MI 48030-1114               Wixom, MI 48393-3669
Eastern District of Michigan
Detroit
Mon Dec 22 12:02:36 EST 2025

Ally                                     Ally Bank Lease Trust - Assignor to Vehi  Ally Bank Lease Trust c/o AIS Portfolio Serv
Attn: Bankruptcy department              AIS Portfolio Services, LLC               4515 N. Santa Fe Ave. Dept. APS
500 Woodward Ave                         4515 N Santa Fe Ave. Dept. APS            Oklahoma City, OK 73118-7901
Detroit, MI 48226-3416                   Oklahoma City, OK 73118-7901


(p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN  AmeriCredit Financial Services, Inc. dba GM   Ashmark Construction, LLC
PO BOX 183853                            P O Box 183853                          5640 W. Maple, Suite 300
ARLINGTON TX 76096-3853                  Arlington, TX 76096-3853                Suite 3500
                                                                                 West Bloomfield, MI 48322-3719


BJ's Heating & Cooling                   Brendel's                               Brighton Mall Associates
3481 E M-36                              4941 White Lake Rd                      5640 W. Maple Road, Ste 101
Pinckney, MI 48169-8298                  Clarkston, MI 48346-2640                West Bloomfield, MI 48322-3717


CEI Michigan LLC                         Cellco Partnership d/b/a Verizon Wireless  Anthony M. Cimini Jr
P.O. Box 310 Hamburg                     William M Vermette                      Taft Stettinius & Hollister LLP
Hamburg, MI 48139-0310                   22001 Loudoun County PKWY               27777 Franklin Rd
                                         Ashburn, VA 20147-6122                  Suite 2500
                                                                                 Southfield, MI 48034-8222


Kimberly Ross Clayson                    Coponen Construction                    Corner Management, Inc.
Taft Stettinius & Hollister, LLP         3956 Loch Dr.                           8902 N Meridian St, Ste 205
27777 Franklin Rd. Suite 2500            Highland, MI 48357-2232                 Indianapolis, IN 46260-5369
Southfield, MI 48034-8222


D'Angelo's Painting, Inc.                Dale Investment Company Inc.            Daniel's Glass
32224 W. 8 Mile Road                     5640 W. Maple Road, Suite 101           21250 W. Seven Mile Road
Farmington, MI 48336-5100                West Bloomfield, MI 48322-3717          Detroit, MI 48219-1967


Daniels Glass                            Detroit Spectrum Painters, Inc.         Energy Electric
21250 W. Seven Mile Road                 27560 College Park                      5229 Woodview Dr.
Detroit, MI 48219-1967                   Warren, MI 48088-4874                   Bloomfield Hills, MI 48302-2566


Energy Electric Services, LLC            Mark D. Evans                           GFL
5229 Woodview Dr.                        529 Navahoe                             26999 Central Park Blvd STE 200
Bloomfield Hills, MI 48302-2566          Detroit, MI 48215-3228                  Southfield, MI 48076-4145


GM Finanancial                           GM Financial                            Jill M. Gies (UST)
Attn: Bankruptcy                         Attn: Bankruptcy                        211 W. Fort St.
801 Cherry Street, Ste.3500              801 Cherry Street, Ste. 3500            Suite 700
Fort Worth, TX 76102-6854                Fort Worth, TX 76102-6854               Detroit, MI 48226-3263
```

| | | |
|---|---|---|
| Goyette Mechanical<br>3842 Gorey Ave.<br>PO Box 33<br>Flint, MI 48501-0033 | Gregg's Caulking<br>19500 Hilton Dr. Southfield<br>Southfield, MI 48075-7244 | Healthcare Property Managers of America<br>550 Heritage Drive, Suite 200<br>Jupiter, FL 33458-3030 |
| Independence Commercial Construction Inc<br>2635 Dixie Highway Waterford<br>Waterford, MI 48328-1709 | JA Martone, JA Christiansen, AB Slacon<br>Dickenson Wright PLLC<br>2600 W. Big Beaver Rd. Suite 300<br>Troy, MI 48084-3312 | James Martone<br>2600 W. Big Beaver Rd., Ste. 300<br>Troy, MI 48084-3312 |
| James Ross Construction<br>4100 Fenton Road<br>Hartland, MI 48353-1426 | Richardo I. Kilpatrick<br>Kilpatrick & Associates<br>1030 Doris<br>Ste 200<br>Auburn Hills, MI 48326-2613 | Lee Industrial Contracting<br>631 Cesar E. Chavez Ave.<br>Pontiac, MI 48342-1074 |
| M1 Concourse, LLC<br>45399 Woodward Ave<br>Pontiac, MI 48341 | MCS Millwork & Cabinetry Services<br>37100 Enterprise Dr.<br>Westland, MI 48186-4028 | MI Commerical Doors<br>215 Saginaw St.<br>Holly, MI 48442 |
| Matthew C. Herstein<br>Deneweth, Vittiglio & Sassack, PC<br>1175 W. Long Lake Road, Suite 202<br>Troy, MI 48098-4455 | Max Demolition<br>47102 Exeter Ct.<br>Shelby Township, MI 48315-4809 | Metro Alarm<br>46777 W Seven Mile Rd<br>Northville, MI 48167-1776 |
| Michael Goldenberg Painting<br>25522 Parkwood<br>Huntington Woods, MI 48070-1748 | Thomas R. Morris<br>Morris & Morris Attorneys, P.L.L.C.<br>3258 Broad Street<br>Suite 1<br>Dexter, MI 48130-1142 | (p)RAYHAVEN GROUP  INC<br>35901<br>Livonia, MI 48150 |
| Richard A. Penington<br>31207 Foxboro Way<br>Beverly Hills, MI 48025-3605 | Richard A. Pennington<br>31207 Foxboro Way<br>Beverly Hills, MI 48025-3605 | SCI Floor Covering, Inc.<br>30610 Ecorse Rd. Romulus<br>Romulus, MI 48174-3565 |
| SW Group<br>9 East 40th St, FL Mezz<br>New York, NY 10016-0402 | Stanley Access<br>47930 West Rd<br>Wixom, MI 48393-3669 | TCH<br>94-174 Leokane St<br>Waipahu, HI 96797-2211 |
| TLA Interiors<br>1815 Bellaire Ave., Ste A<br>Royal Oak, MI 48067-1578 | Testing Engineers & Consultants<br>1343 Rochester Rd<br>Troy, MI 48083-6015 | The Intelligent Companies Inc.<br>31235 Harper Ave<br>Saint Clair Shores, MI 48082-1425 |
| Total Labor, LLC<br>19909 Woodworth<br>Redford, MI 48240-1125 | Trinity Roofing, LLC<br>9103 Pierson Road<br>Fowlerville, MI 48836-9774 | Vanguard Fire & Security Systems, Inc.<br>2101 Martindale Ave.<br>Wyoming, MI 49509-1837 |

| | | |
|---|---|---|
| Visionary Construction<br>51194 Romeo Plank<br>Macomb, MI 48042-4111 | Visionary EWA<br>P.O. Box 60338<br>Ewa Beach, HI 96706-7338 | Welltower OM Group LLC<br>Dentist 102-C Suite Door In Building C<br>4972 Clark Road<br>Ypsilanti, MI 48197-0862 |

    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

Rayhaven Group, Inc
35901 Schoolcraft Road
Livonia, MI 48150


    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)John Gallo
UHY Advisors Great Lakes, Inc.

(u)Richard Penington

(u)Taft Stettinius & Hollister LLP


(u)Andrew R. Vara

End of Label Matrix
Mailable recipients    62
Bypassed recipients     4
Total                  66