UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                             Case No. 25-46693-tjt

Ashmark Construction, LLC,                         Chapter 11

        Debtor.                              Judge Thomas J. Tucker

_____/

## ORDER DISMISSING CHAPTER 11 BANKRUPTCY CASE

This case is before the Court on the Debtor's motion entitled "Debtor's Motion to Dismiss Chapter 11 Case" (Docket # 90, the "Motion"). The Debtor provided appropriate notice of the Motion, and no objections have been timely filed. The Court having determined that dismissal or conversion is appropriate under 11 U.S.C. § 1112(b) and that, between conversion and dismissal, dismissal is in the best interests of creditors and the estate; and the Court finding good cause to enter this Order;

IT IS ORDERED that the Motion is granted, and this Chapter 11 Bankruptcy Case is dismissed, subject to the terms of this Order.

IT IS FURTHER ORDERED that this Court retains jurisdiction to review and approve all claims for allowance of professional fees incurred after the filing of the Chapter 11 case and before entry of this Order, to the extent final orders have not been entered regarding allowance of professional fees before entry of this Order. All requests for allowance of professional fees must be filed no later than

February 12, 2026.  All allowed claims for professional fees will be administrative expense claims under 11 U.S.C. § 507(a)(2) and will retain such priority in the event of any subsequent bankruptcy filing, reopening of this case, or subsequent conversion of this case to a case under Chapter 7 of the United States Bankruptcy Code.

**Signed on January 13, 2026**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge